# EXHIBIT A – PLAINTIFF'S PROPOSED REVISION TO THE AGREED DESCRIPTION OF THE CASE

The Plaintiff in this case is Ray Fox, a 49-year-old African American man who now lives in Chicago. He brings this case through his mother and guardian, Rose Fox. Mr. Fox was incarcerated at the Illinois Department of Corrections' prison known as the Northern Reception and Classification Center near Joliet, Illinois, from September 24, 2007, through October 7, 2007.

At the time he was admitted to that prison, Mr. Fox had a history of seizures, for which he required anti-seizure medications.

Mr. Fox claims that certain of the prison's correctional medical technicians ignored his <u>need</u> ~~requests~~ for medication and medical attention. Mr. Fox claims that he was injured as a result of that conduct.

The two correctional medical technicians who are defendants in this trial, Mr. Barnes and Mr. Borkowski, each deny that they <u>knew of Mr. Fox's need for medication or medical attention</u> ~~ignored Fox's requests for medication and medical attention, and deny that any requests were made to them~~.