# Ray Fox Costs
## as of 2/19/2013

| Vendor | Date | Invoice # | Amount | Notes | Category |
|---|---|---|---|---|---|
| Clerk of Circuit Court of Circuit County | 3/13/09 | | $154.00 | | Filing fee |
| Cook County Sheriff | 3/13/09 | | $60.00 | | Process service |
| US District Court | 9/4/09 | | $350.00 | | Filing fee |
| HealthPort | 9/8/09 | 0060579730 | $788.30 | | Printing |
| L Biela & Associates Detectives, Ltd | 9/8/09 | | $200.00 | Svc on Terry McCann and Dr. Partha Ghosh | Process service |
| Midwest Medical Records Assn | 10/15/09 | JZ106318 | $132.00 | | Printing |
| Aggressive Process Servers | 1/8/10 | | $400.00 | Svc on Ivette Sangster | Process service |
| L Biela & Associates Detectives, Ltd | 1/13/10 | | $100.00 | Svc on Karen Fryer in Bloomington, IL | Process service |
| L Biela & Associates Detectives, Ltd | 1/14/10 | F24976 | $75.00 | Svc on Karen Fryer in Ford Heights, IL | Process service |
| Process Plus Legal Service | 3/18/10 | | $115.00 | Svc on Sean Roycroft | Process service |
| John D. Rea | 3/20/10 | | $150.00 | | Process service |
| Scott Investigation | 3/25/10 | | $60.60 | Attempted svc on James Becker | Process service |
| Charles R. Zandi | 6/30/10 | | $17.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 10/13/10 | 6349 | $337.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 10/19/10 | 6375 | $262.50 | | Court reporter |
| George E. Rydman & Assoc. Ltd. | 10/27/10 | 3161 | $261.00 | | Court reporter |
| George E. Rydman & Assoc. Ltd. | 10/27/10 | 3162 | $180.00 | | Court reporter |
| Cermak Health Services | 10/29/10 | | $25.00 | | Printing |
| Vandalia Correctional Center | 11/4/10 | | $0.90 | | Printing |
| George E. Rydman & Assoc. Ltd. | 11/11/10 | 3367 | $175.00 | | Court reporter |
| Pamela S. Warren, Ltd. | 11/15/10 | 20100386 | $205.70 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 11/18/10 | 6416 | $475.00 | | Court reporter |
| Eldridge Ward | 11/23/10 | | $40.00 | | Witness |
| Joey Owens | 11/23/10 | | $40.00 | | Witness |
| George E. Rydman & Assoc. Ltd. | 11/30/10 | 3651 | $99.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 12/1/10 | 6433 | $187.50 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 12/2/10 | | $75.00 | Svc on Adelaide Tamayo | Process service |
| Midwest Litigation Services | 12/6/10 | STL113215 | $184.80 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 1/3/11 | | $75.00 | Service on Joseph Sheehy | Process service |
| L Biela & Associates Detectives, Ltd | 1/3/11 | | $150.00 | Service on Constantine Peters at two addresses | Process service |
| C E Inc. | 1/4/11 | | $75.00 | | Process service |
| L Biela & Associates Detectives, Ltd | 1/4/11 | | $75.00 | Service on Michael Borkowski | Process service |
| L Biela & Associates Detectives, Ltd | 1/7/11 | | $75.00 | Service on J Encarnnacion | Process service |
| Alexander, Poole & Company, Inc. | 1/11/11 | 1100335 | $65.00 | Svc on 20 WoodlakeRoad,Albany, NY | Process service |

EXHIBIT B

# Ray Fox Costs
## as of 2/19/2013

| Vendor | Date | Invoice # | Amount | Notes | Category |
|---|---|---|---|---|---|
| Siebert & Associates Court Reporters, Inc. | 1/11/11 | 6483 | $187.50 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 1/13/11 | | $100.00 | Service on Karen Fryer | Process service |
| L Biela & Associates Detectives, Ltd | 1/14/11 | | $75.00 | Service on Karen Fryer again | Process service |
| L Biela & Associates Detectives, Ltd | 1/17/11 | | $75.00 | Service on Michael Borkowski again | Process service |
| Siebert & Associates Court Reporters, Inc. | 1/19/11 | 6502 | $525.00 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 1/23/11 | | $135.00 | Service on Anthony Murphy + witness fee | Process service |
| L Biela & Associates Detectives, Ltd | 1/25/11 | | $75.00 | Service on Michael Borkowski once again | Process service |
| L Biela & Associates Detectives, Ltd | 1/29/11 | | $150.00 | Service on Michael Borkowski again and again | Process service |
| Siebert & Associates Court Reporters, Inc. | 2/17/11 | 6536 | $187.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 2/18/11 | 6542 | $187.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 3/7/11 | 6566 | $187.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 3/30/11 | 6599 | $300.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 4/3/11 | 6601 | $262.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 4/19/11 | 6614 | $337.50 | | Court reporter |
| Colleen Markham | 4/21/11 | | $56.67 | Witness fee | Witness |
| Cermak Health Services | 4/27/11 | | $25.00 | | Printing |
| Evidence Video | 4/28/11 | | $1,000.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 5/3/11 | 6628 | $404.10 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 5/3/11 | 6631 | $187.50 | | Court reporter |
| LaSalle Process Servers L.P. | 5/10/11 | 43526 | $287.50 | Service on Colleen Markham and Heather R. Eddy | Process service |
| Siebert & Associates Court Reporters, Inc. | 5/10/11 | 6643 | $187.50 | | Court reporter |
| Evidence Video | 5/12/11 | 2472 | $1,725.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 5/16/11 | 6648 | $225.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 5/18/11 | 6646B | $187.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/1/11 | 6666 | $187.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/1/11 | 6667 | $187.50 | | Court reporter |
| Evidence Video | 6/2/11 | 2496 | $147.00 | | Court reporter |

# Ray Fox Costs
## as of 2/19/2013

| Vendor | Date | Invoice # | Amount | Notes | Category |
|---|---|---|---|---|---|
| Siebert & Associates Court Reporters, Inc. | 6/2/11 | 6668 | $412.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/8/11 | 6681 | $187.50 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/16/11 | 6704 | $508.60 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/19/11 | 6707 | $350.60 | | Court reporter |
| George E. Rydman & Assoc. Ltd. | 6/21/11 | 6058 | $941.94 | | Court reporter |
| George E. Rydman & Assoc. Ltd. | 6/28/11 | 6165 | $488.65 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/28/11 | 6723 | $460.80 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 6/28/11 | 6724 | $168.00 | | Court reporter |
| Cermak Health Services | 7/11/11 | | $25.00 | | Printing |
| Siebert & Associates Court Reporters, Inc. | 7/11/11 | 6752 | $241.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/12/11 | 6762 | $195.40 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6776 | $204.40 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6779 | $266.80 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6782 | $403.40 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6785 | $322.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6788 | $505.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6791 | $242.60 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6794 | $373.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/21/11 | 6797 | $277.40 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/24/11 | 6802 | $547.60 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 7/24/11 | 6805 | $158.40 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 10/23/11 | 6967 | $187.50 | | Court reporter |
| Del Vecchio Reporting Services, LLC | 11/13/11 | 15940 | $548.77 | | Court reporter |
| Esquire | 11/28/11 | CSD329048 | $557.60 | | Court reporter |
| Legalink, Inc. | 11/28/11 | 14134371 | $529.80 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 12/15/11 | | $125.00 | Service on Patricia Kilinsky | Process service |
| Siebert & Associates Court Reporters, Inc. | 12/18/11 | 7029 | $375.00 | | Court reporter |
| Legal Video | 12/22/11 | | $875.00 | | Court reporter |

# Ray Fox Costs
## as of 2/19/2013

| Vendor | Date | Invoice # | Amount | Notes | Category |
|---|---|---|---|---|---|
| Siebert & Associates Court Reporters, Inc. | 12/22/11 | 7033 | $841.60 | | Court reporter |
| Vohahn Associates, Inc. | 12/28/11 | | $695.00 | | Court reporter |
| Barkley Court Reporters | 12/30/11 | 419704 | $313.50 | | Court reporter |
| George E. Rydman & Assoc. Ltd. | 1/3/12 | 8468 | $549.45 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 1/3/12 | 7043 | $200.40 | | Court reporter |
| Esquire | 1/4/12 | CSD339029 | $693.40 | | Court reporter |
| Esquire | 1/4/12 | CSD339357 | $808.83 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 1/10/12 | 7057 | $187.50 | | Court reporter |
| Esquire | 1/11/12 | EQ341248 | $1,506.23 | | Court reporter |
| Eldridge Ward | 1/12/12 | | $45.31 | | Witness |
| L Biela & Associates Detectives, Ltd | 1/12/12 | | $75.00 | Svc on Dr. Faddy Charbel | Process service |
| L Biela & Associates Detectives, Ltd | 1/12/12 | | $75.00 | Svc o Dr. Matthew Nitrsche | Process service |
| L Biela & Associates Detectives, Ltd | 1/12/12 | | $75.00 | Svc on Victor Aletich | Process service |
| L Biela & Associates Detectives, Ltd | 1/15/12 | | $5.00 | Svc on Terry McCann at Waverly Court address | Process service |
| L Biela & Associates Detectives, Ltd | 1/15/12 | | $75.00 | Esther Martin process svc. | Process service |
| L Biela & Associates Detectives, Ltd | 1/15/12 | | $125.00 | Svc on Arthur Fink | Process service |
| L Biela & Associates Detectives, Ltd | 1/15/12 | | $125.00 | To Mary Purvin | Process service |
| L Biela & Associates Detectives, Ltd | 1/15/12 | | $125.00 | Svc on Salvador Martinez @ Wright Court address | Process service |
| L Biela & Associates Detectives, Ltd | 1/15/12 | | $200.00 | Svc on Nicole Rodriguez | Process service |
| L Biela & Associates Detectives, Ltd | 1/16/12 | | $75.00 | Svc on Nandana Jasti | Process service |
| L Biela & Associates Detectives, Ltd | 1/16/12 | | $125.00 | Svc on Salvador Martinez at Linder Ave address | Process service |
| L Biela & Associates Detectives, Ltd | 1/16/12 | | $126.00 | To Lester Senor | Process service |
| L Biela & Associates Detectives, Ltd | 1/17/12 | | $75.00 | Sc on Dr. Ziad Alnadum | Process service |
| Siebert & Associates Court Reporters, Inc. | 1/17/12 | 7074 | $189.20 | | Court reporter |
| John D. Rea | 1/18/12 | LOE1201 | $1,193.40 | Service on Owens and Ward (less investigation fees) | Process service |
| L Biela & Associates Detectives, Ltd | 1/18/12 | | $75.00 | 75 Svc on Dr. J Preston Harley | Process service |
| L Biela & Associates Detectives, Ltd | 1/18/12 | | $75.00 | Svc on Roger Walker | Process service |
| L Biela & Associates Detectives, Ltd | 1/18/12 | | $75.00 | Svc on Stan Waznis | Process service |

# Ray Fox Costs
## as of 2/19/2013

| Vendor | Date | Invoice # | Amount | Notes | Category |
|---|---|---|---|---|---|
| L Biela & Associates Detectives, Ltd | 1/18/12 | | $125.00 | Svc on Nancy King | Process service |
| L Biela & Associates Detectives, Ltd | 1/18/12 | | $125.00 | Svc on Terry McCann at Pine Oak Lane address | Process service |
| Siebert & Associates Court Reporters, Inc. | 1/18/12 | 7076 | $324.40 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 1/19/12 | 7077 | $331.75 | | Court reporter |
| Courthouse Courier | 1/20/12 | CLU-2012000196 | $75.00 | Svc on Nancy King | Process service |
| L Biela & Associates Detectives, Ltd | 1/20/12 | | $125.00 | Patricia Kilinsky process svc | Process service |
| L Biela & Associates Detectives, Ltd | 1/20/12 | | $200.00 | Nicole Rodriguez process svc | Process service |
| L Biela & Associates Detectives, Ltd | 1/20/12 | | $200.00 | Royce Brown-Reed process svc | Process service |
| L Biela & Associates Detectives, Ltd | 1/23/12 | | $75.00 | Patricia Kilinsky process svc | Process service |
| L Biela & Associates Detectives, Ltd | 1/23/12 | | $75.00 | Salvador Martinez | Process service |
| L Biela & Associates Detectives, Ltd | 1/23/12 | | $75.00 | Arthur Funk process svc | Process service |
| L Biela & Associates Detectives, Ltd | 1/23/12 | | $75.00 | Mary Purvin process svc | Process service |
| Colleen M. Conway | 1/25/12 | 20120019 | $150.35 | | Court reporter |
| Firefly Legal | 2/13/12 | 483416 | $70.00 | Service on Roger Walker | Process service |
| State of Missouri | 2/23/12 | | $19.00 | | Printing |
| State of Wyoming | 3/1/12 | | $60.30 | | Printing |
| Illinois Department of Corrections | 3/14/12 | | $36.75 | | Printing |
| Esquire | 4/12/12 | CSD365508 | $294.45 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 4/16/12 | | $125.00 | Svc on Ivetta Sangster | Process service |
| Siebert & Associates Court Reporters, Inc. | 6/20/12 | 7371 | $466.10 | | Court reporter |
| Arthur Funk | 7/24/12 | | $40.00 | | Witness |
| Joey Owens | 7/24/12 | | $40.00 | | Witness |
| Carolyn Cox | 7/24/12 | | $25.50 | | Court reporter |
| Colleen M. Conway | 7/25/12 | 20120141 | $36.25 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 7/25/12 | | $115.00 | Service on Jorge Asconape | Process service |
| L Biela & Associates Detectives, Ltd | 7/25/12 | | $345.00 | Service on Dr. Matthew Nitsche, Dr. Ziad Alnadijm and Everett Green | Process service |
| L Biela & Associates Detectives, Ltd | 7/26/12 | | $115.00 | Service on Nicole Rodriguez | Process service |
| Robert Ferguson | 7/26/12 | | $40.00 | | Witness |
| Tricia Fox | 7/30/12 | | $43.33 | | Witness |
| Sylvester Fox | 7/30/12 | | $43.33 | | Witness |
| L Biela & Associates Detectives, Ltd | 8/2/12 | | $75.00 | Svc on Eldridge Ward | Process service |
| Clerk of the Circuit Court | 8/3/12 | | $23.75 | | Printing |

Case: 1:09-cv-05453 Document #: 451-2 Filed: 02/19/13 Page 6 of 6 PageID #:5437

# Ray Fox Costs
## as of 2/19/2013

| Vendor | Date | Invoice # | Amount | Notes | Category |
|---|---|---|---|---|---|
| Nancy LaBella | 8/3/12 | 20120364 | $18.25 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 8/4/12 | | $115.00 | Svc on Nancy King | Process service |
| Courthouse Courier | 8/8/12 | CLU-201203614 | $95.00 | Svc on Robert L. Ferguson | Process service |
| Mort Smith | 9/12/12 | 1053 | $75.00 | Service on Joey Owens | Process service |
| Skutas, Ltd. | 9/19/12 | 12121 | $675.00 | | Court reporter |
| Rachel Ciccia | 9/24/12 | | $58.55 | Transcript | Court reporter |
| George E. Rydman & Assoc. Ltd. | 10/2/12 | 11840 | $624.80 | | Court reporter |
| Skutas, Ltd. | 10/8/12 | 12131 | $155.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 10/21/12 | 7570 | $431.10 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 10/21/12 | 7575 | $300.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 10/21/12 | 7576 | $493.90 | | Court reporter |
| LeAnn M. Hibler | 10/22/12 | 270 | $93.60 | | Court reporter |
| Rick Kosberg | 10/22/12 | 3050 | $900.00 | | Court reporter |
| Nancy C. LaBella | 10/25/12 | | $200.00 | | Court reporter |
| Esquire | 10/26/12 | EQ420802 | $811.45 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 10/31/12 | | $100.00 | Svc on Ivetta Sangster | Process service |
| Nancy C. LaBella | 10/31/12 | 20120394 | $8.55 | | Court reporter |
| Legalink, Inc. | 11/29/12 | 14151133 | $273.85 | | Court reporter |
| Rick Kosberg | 12/5/12 | 3051 | $1,250.00 | | Court reporter |
| Siebert & Associates Court Reporters, Inc. | 12/30/12 | 7660 | $168.00 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 1/5/13 | | $100.00 | Svc on Ivetta Sangster | Process service |
| McCorkle Court Reporters | 1/7/13 | 492264 | $190.35 | | Court reporter |
| Esquire | 1/8/13 | EQ438739 | $327.00 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 1/8/13 | | $125.00 | Svc on Terry McCann | Process service |
| Skutas, Ltd. | 1/8/13 | 13001 | $155.50 | | Court reporter |
| Intl Assn Rehab Profes | 1/10/13 | | $25.00 | | Printing |
| Esquire | 1/11/13 | EQ439576 | $628.00 | | Court reporter |
| L Biela & Associates Detectives, Ltd | 1/11/13 | | $150.00 | Svc on Kenneth Neumann and Rebecca Busch | Process service |
| Marlo Reporting & Video Services, Inc. | 1/11/13 | 8307 | $497.50 | | Court reporter |
| Lake Shore Reporting Corporation | 1/12/13 | 122884 | $322.00 | | Court reporter |
| Colette Kuemmeth | 1/15/13 | 20800483 | $83.25 | | Court reporter |
| Michael Charysh | 1/15/13 | | $40.00 | Witness fee, ck #33448 | Witness |
| Colette Kuemmeth | 1/17/13 | 20800486 | $438.65 | | Court reporter |
| Colleen M. Conway | 1/18/13 | 20130001 | $980.10 | | Court reporter |
| Tower Design Group | 1/31/13 | 1724-1 | $5,455.81 | | Printing |

**Total costs and expenses:** $52,803.12

CASE EXPENSES ALL, FOX, Ray--COSTS FILING as of 8:09 PM, 2/19/2013