12664

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**JPMorgan**
Private Bank

JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

3/13/2009

PAY
TO THE
ORDER OF

Cook County Sheriff

$ **60.00

Sixty and 00/100***************************************************************************************************************

DOLLARS

Cook County Sheriff

VOID AFTER 160 DAYS

Security features. Details on back.

MEMO     Fox, Rose

AUTHORIZED SIGNATURE

⑈0⑈2664⑈ ⑆071000013⑆ ⑈111500040 7025⑈

---

12663

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**JPMorgan**
Private Bank

JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

3/13/2009

PAY
TO THE
ORDER OF     Clerk of Circuit Court of Cook County

$ **154.00

One Hundred Fifty-Four and 00/100*********************************************************************************

DOLLARS

Clerk of Circuit Court of Cook County

VOID AFTER 160 DAYS

Security features. Details on back.

MEMO     Fox, Rose

AUTHORIZED SIGNATURE

⑈0⑈2663⑈ ⑆071000013⑆ ⑈111500040 7025⑈

**EXHIBIT**

C



# JPMorganChase ⬡

JPMORGAN CHASE BANK NA
PO BOX 2030
MAIL SUITE IL1-6225
ELGIN IL 60121

**MEMO STATEMENT**
*THIS IS NOT A BILL*

**ACCOUNT NUMBER**

**STATEMENT DATE**          09-20-09

**NET CHARGES**             $553.94

ELIZABETH WANG          **N0001930
LOEVY & LOEVY
312 N MAY ST
SUITE 100
CHICAGO IL  60607-1237

---

FOR RECONCILIATION PURPOSES ONLY.  DO NOT SEND PAYMENT.

---

NAME:  ELIZABETH WANG                    CYCLE LIMIT:  $2,500

ACCOUNTING CODE:

## CARDHOLDER ACTIVITY

### Purchasing Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 08-27 | 08-25 | 05410199238105112135714 | STAPLES DIRECT00209908 EUREKA CA | 131.50 |
|  |  |  | P.O.S.: 9196709790000   SALES TAX: 7.74 |  |
| 09-04 | 09-02 | 05444009247903092779794 | COURTS/USDC-IL-T 312-435-5503 IL | 350.00 |
|  |  |  | P.O.S.: 20000000004068820   SALES TAX: 0.00 |  |
| 09-15 | 09-14 | 85450789257118000187306 | COPQUEST 805-3880707 CA | 72.44 |
|  |  |  | P.O.S.: 2606651106   SALES TAX: 0.00 |  |
|  |  |  | **Total Purchasing Activity** | **553.94** |

*overhead (keyboard and footrest)*

*Windows Mike — complaint*

*(investigation)*

*Fox, Ray/Rose — complaint*

| FOR CUSTOMER SERVICE CALL:<br>1-800-316-6056 | ACCOUNT NUMBER | ACCOUNT SUMMARY | |
|---|---|---|---|
| FOR LOST/STOLEN CARDS CALL:<br>1-800-316-6056 | STATEMENT DATE:<br>09/20/09 | PURCHASES &<br>OTHER CHARGES | 553.94 |
|  |  | CASH ADVANCES | .00 |
|  |  | CREDITS | .00 |
|  |  | CASH ADVANCE FEE | .00 |
| SEND BILLING INQUIRIES TO: |  | **NET CHARGES** | **$553.94** |
| JPMORGAN CHASE BANK NA<br>COMMERCIAL CARD SOLUTIONS<br>P.O. BOX 2015<br>MAIL SUITE IL1-6225<br>ELGIN, IL 60121 |  | DISPUTE AMOUNT | .00 |



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**INVOICE**

Invoice #: **0060579730**
Date:      **9/8/2009**
Customer #: 1448563

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ELIZABETH WANG<br>LOEVY AND LOEVY<br>312 NORTH MAY STREET STE 100<br>CHICAGO, IL 60607 | ELIZABETH WANG<br>LOEVY AND LOEVY<br>312 NORTH MAY STREET STE 100<br>CHICAGO, IL 60607 | UNIV OF IL MEDICAL CENTER<br>833 S WOOD STREET<br>SUITE B52<br>CHICAGO, IL 60612 |

**Requested By:** LOEVY AND LOEVY      **DOB:**      092162
**Patient Name:** FOX RAY ANTHONY

*Ray/Rose Fox*   *Cindy, this is ok to pay — EW.*

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 23.80 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2343 | 0.30 | 702.90 |
| Per Page Copy (Paper) 2 | 25 | 0.59 | 14.75 |
| Per Page Copy (Paper) 3 | 25 | 0.89 | 22.25 |
| Shipping/Handling | | | 24.60 |
| Subtotal | | | 788.30 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 788.30 |
| Balance Due | | | 788.30 |

*9/15/09*

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 788.30 (USD)**

# L. BIELA & ASSOCIATES DETECTIVES, LTD

## ILLINOIS LIC# 117-001323
## CITY# 312 828 7780 SUBURB# 847 428 7780

9/8/09

ELIZABETH WANG
LOEVY & LOEVY
312 N MAY STREET, SUITE 100
CHICAGO, IL. 60607

## INVOICE

*ok*

**PROCESS SERVICE    US DIST CASE 09 C 5453**

**3 RUSH SERVICE SUMMONS**                     $        200.00

**WEXFORD HEALTH SOURCE**

**TERRY MC CANN/ FORMER WARDEN**

**DR PARTHA GHOSH**

STATEVILLE CORRECTIONAL
16300 S ROUTE 53
CREST HILL, IL. 60435

TOTAL DUE                          $        200.00

PLEASE REMIT PAYMENT TO:

L. BIELA & ASSOCIATES DETECTIVES, LTD
749 S 8TH STREET, SUITE 110
WEST DUNDEE, IL. 60118
PH 847 428 7780 FAX 847 620 0603

**MIDWEST MEDICAL RECORDS ASSOCIATION, INC** Invoice #: JZ106318
**999 PLAZA DRIVE**
**SUITE 690**
**SCHAUMBURG, IL 60173**
**(847)-413-9660**
**Tax ID No. 36-4125082**

## Invoice

*Caseis Ray/Rose Fox*

**LOEVY & LOEVY**
**Attn LIZ WANG**
**312 N. MAY STREET**
**SUITE 100**
**CHICAGO, IL 60607**

*10/27/09*

**(312)-243-5900**

Patient: FOX, RAY

Hospital: PROVENA ST. JOSEPH MEDICAL CE

| | | | |
|---|---|---|---|
| **Invoice Date:** 10/15/2009 | **Invoice #:** JZ106318 | | **Request #:** 119071 |
| **Request Date:** 10/02/2009 | **Date Printed:** 10/15/2009 | | |
| **Copied Date:** 10/15/2009 | **Reference #:** | | **Hospital Rep.:** 777 |

| Service Rendered | Quantity | Amount |
|---|---|---|
| PROCESS FEE | 1 | 23.80 |
| COPY CHARGE PAPER | 0 | 0.00 |
| COPY CHARGE FICHE | 0 | 0.00 |
| COPY CHARGE ELECTRONIC DOCUMENT | 591 | 99.90 |
| Actual Postage | | 8.30 |
| Tax | | 0.00 |
| Less: Amount Received | ( | 0.00) |
| Amount Due | | 132.00 |

*Andy - ok to pay*

**Terms: DUE IMMEDIATELY**

TO PROPERLY CREDIT YOUR ACCOUNT, PLEASE INCLUDE THE REQUEST #: **JZ119071**
WITH YOUR PAYMENT TO ADDRESS LISTED AT TOP OF PAGE.

PLEASE RETURN A COPY OF THE INVOICE WITH YOUR PAYMENT.
PLEASE MAKE CHECKS PAYABLE TO (MIDWEST MEDICAL RECORDS ASSOCIATION, INC)
PRICING SET BY HEALTHCARE FACILITY

# PLEASE RETURN A COPY OF THIS INVOICE
# WITH YOUR REMITTANCE

# AGGRESSIVE
## PROCESS SERVERS
**1830 Foxwood Dr.**
**New Lenox, Illinois 60451**

Phone: 312-404-2779                                    Fax:  773-539-2201

Loevy & Loevy
312 North May St.  Ste 100
Chicago, IL 60607

312-243-5900
312-243-5902...Fax

Case #:
File:    Fox V. Ghosh

## INVOICE

| DATE | SERVICE PROVIDED | FEE |
|---|---|---|
| | Served a Waiver of  Service of Summons and Complaint to: | |
| | **Ivette Sangster** | 100.00 |
| | Attempted service for Ms. Sangster (incorrect address) | 100.00 |
| | Royce Brown-Reed | 100.00 |
| | Sean Roycroft | |
| | Attempted Service (incorrect address) | 100.00 |
| | **TOTAL DUE** | **$400.00** |

**Please make checks payable to Conrad Hoevel.**
Thank You.

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



*Fox*

1/13/2010

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09-CV-5453

PROCESSS SERVICE          $        100.00

OUT OF AREA

KAREN FRYER
2702 HAYES LANE
BLOOMINGTON, IL. 61704

TOTAL DUE                 $        100.00

*AG Is this ok to pay? AT*

*yes ag*

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



*Fox*

1/14/2010

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09-CV-5453

PROCESSS SERVICE          $      75.00

KAREN FRYER
1335 WERLINE AVE
FORD HEIGHTS, IL. 60411

TOTAL DUE                 $      75.00

*AG — this is ok to pay? —AT*

*yes okg*

"Your Legal Support Solution"
Process Plus Legal Services, LLC.
2000 Pioneer Road, Suite 100
Huntingdon Valley, PA 19006
215-443-8081

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2010 | 101768 |

**Bill To**

Loevy & Loevy
Attn: Italia Patti
312 North May Street , Suite 100
Chicago, IL 60607

| Terms |
|---|
| Due on receipt |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Bucks County Basic Service- Doylestown, PA | | 55.00 | 55.00 |
| Service within 2 days | | 55.00 | 55.00 |
| Document prep | | 5.00 | 5.00 |
| | | | |
| Ray Fox, by and through his Guardian, Rose Fox v. Dr. P. Ghosh, et al. | | | |
| US District Court, Northern District of Illinois | | | |
| Case Number 09 CV 5453 | | | |
| | | | |
| Serve: Letter, Summons, 1st amended Complaint, 2nd Amended Complaint | | | |
| Service to: Sean Roycroft @ 3120 Brentwood Drive, Doylestown, PA 18902 | | | |
| Service accepted by:  Sean Roycroft on March 18, 2010 @ 5:05 PM | | | |

PAYMENT IS DUE UPON RECIEPT.
INVOICES THAT ARE 15 DAYS OR
LATER WILL BE CHARGED A LATE FEE
OF NOT LESS THAN 15% OF THE
ORIGINAL FEE.

| Fax # | E-mail | Web Site |
|---|---|---|
| 215-443-8084 | info@processpluslegal.com | www.processpluslegal.com |

Thank you for your business.

TAX ID # 20-2477862

| | |
|---|---|
| **Total** | $115.00 |
| **Payments/Credits** | $-115.00 |
| **Balance Due** | $0.00 |

ref: Ray Fox

Process Plus Legal Services, LLC
2000 Pioneer Road Suite 100
Huntingdon Valley, PA 19006
(215) 443-8081

Date: 3/18/2010                    Time: 1:54 PM EST

Trans Type:                                                         Sale
Customer ID:

Transaction #:                                              10589131
Name:                                                       Italia Patti
Account:                                            ************2172
Exp Date:                                                       ****
Card Type:                                              MASTERCARD
Street:                                          312 N. May St, Ste 100
Zip:                                                           60607
Entry:                                                        Manual
Invoice #:                                                    101768
PO #:                                                         101768
AuthCode:                                                     025739
Result:                                                  **APPROVED**
Message:                                                  APPROVED

Description  _____

**Total Amt:**                                             **$115.00**

I Agree to Pay Above Total
Amount According to Card
Issuer Agreement (Merchant
Agreement if Credit Voucher)

Signature X___*ON File*_____
Thank you again for choosing Process Plus Legal Services, LLC as "Your Legal Support Solution".

**Merchant Copy**

**JOHN D. REA**
P.O. Box 263
Lemont, IL 60439-0263
Phone: 312/939-7002 or 630/243-8394
Fax: 630/243-9035
E-mail: Rea1313@aol.com
Tax No.: 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

*andy, ok to pay*

Invoice for Services

Date: March 20, 2010

Elizabeth Wang
LOEVY & LOEVY
312 N. May St.
Ste. 100
Chicago, IL 60607

Re: Ray A. Fox v. Dr. R. Ghosh, et al. / Case No.: 09 C 5453

Itemized Statement for Services Rendered March 2010

J. Rea

| DATE | HOURS | DESCRIPTION OF ACTIVITY |
|------|-------|-------------------------|
| 03/06/10 | 1 | Locate New Address for Defendant |
| 03/08/10 | ¼ | Postal Trace |

C. Graver

| DATE | HOURS | DESCRIPTION OF ACTIVITY |
|------|-------|-------------------------|
| 03/07/10 | 1 | Attempt Service Twice |
| 03/14/10 | 1 | Attempt Service at Original Address |

Total Hours
J. Rea: 1 ¼ @ $100          $125.00
C. Graver: 2 @ $75          $150.00

Total Mileage
58 @ $.65                   $ 37.70

**Amount Due:**            **$312.70**

3/23/10

# Scott Investigation

P.O. Box 7704
St. Cloud, MN 56302
(320) 363-7559 or (800) 357-7862

License Number 696
web site www.piscott.com
email scott@piscott.com

Anne Gottschalk
Loevy & Loevy
312 N. May St. #100
Chicago, IL 60607



March 25, 2010

Re:    Your Client:   Ray Fox
          Your Target:   James Becker
          Our File #:    3443-10

## STATEMENT

---

3/22/10      Call from Anne Gottschalk, Email from Anne Gottschalk-36 pages

3/24/10      To St. Cloud, 1:00 p.m. attempt service-moved, Telephone report Anne Gottschalk-LD, To St. Joseph office.

Process Service:
    Local Service:

| | |
|---|---:|
| 3/24/10  1:00 p.m. attempt service | $55.00 |
| Expenses: | |
| Printing-36 pages x $.10 per page = | 3.60 |
| Local mileage | NC |
| Telephone | 1.00 |
| Postage | 1.00 |
| | $60.60 |

TIN  41-1860344

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00100103

**MAKE CHECKS PAYABLE TO:**

Elizabeth K. Wong
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

Phone: (312) 243-5900



CHARLES R. ZANDI, CSR, FCRR
Official Court Reporter
461 Tahoe Street
Park Forest, IL 60466

Phone: (312) 435-5387

Tax ID: 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
charles_zandi@ilnd.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 06-17-2010 | 06-30-2010 |

**Case Style:** 09 C 5453, Fox v Ghosh, et al.
6/17/10 transcript of proceedings before the Hon. James F. Holderman.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 4 | 4.25 | 17.00 | | 0.90 | | | 0.60 | | 17.00 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 17.00 |
| *Andy, can you pls pay this & put check in the mail today? Thanks, Liz* | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**     **Amt:** | TOTAL DUE: | $17.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord[er] for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE | 06-30-2010 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 10/13/2010 | 6349 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

NPY

## CASE

FOX V. GHOSH

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF SEAN ROYCROFT (VIA TELEPHONE WITNESS ONLY) TAKEN ON OCTOBER 12, 2010 IN RE:  RAY A. FOX, by and through his Guardian, ROSE FOX, VS. DR. P. GHOSH, ET AL., NO. 09 C 5453 | 4.5 | 75.00 | 337.50 |
| REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  LIZ WANG | | | |

EW —
Is this ok to pay? LAT
yes

10/27/10

TAX ID NO.  43-2092858

| | |
|---|---|
| **Total** | $337.50 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 11/12/2010 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 10/19/2010 | 6375 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

## CASE

FOX V. GHOSH

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF MARIANN FORKGEN (VIA TELEPHONE) TAKEN ON OCTOBER 19, 2010 AT 312 NORTH MAY STREET    CHICAGO, IL IN RE: RAY A. FOX, by and through his Guardian    ROSE FOX,       VS.    DR. P. GHOSH, TERRY MCCANN, ET AL.,    NO. 09 C 5454 <br><br>REPORTER:  C. MORENO-BAILEY ATTORNEY:  ARTHUR LOEVY | 3.5 | 75.00 | 262.50 |

*ENT Is this ok to pay? yes*

*P 10/27/10*

TAX ID NO.  43-2092858

| | Total | $262.50 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 11/18/2010 |
|----------|------------|

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363          800-608-5523          Fax 815-727-7186          Fed ID. 36-3303806

ELIZABETH WONG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607

| Invoice Date | |
|---|---|
| **10/27/2010** | 10/27/201 |
| **Invoice Number** | Page |
| **3161** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: RAY A. FOX V. DR. P. GHOSH, ET AL., 09 CV 5453 / VOL / 2070 | |
| | DEPOSITION OF DAVID BARNES | |
| 10/25/2010 | REPORTER ATTENDANCE FEE 9:00 A.M. TO 2:30 P.M. Stateville Correctional Center | $261.00 |

| Total Balance Due | $261.00 |
|---|---|

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363          800-608-5523          Fax 815-727-7186          Fed ID. 36-3303806

ELIZABETH WONG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL  60607

| Invoice Date |
| --- |
| **10/27/2010** |

10/27/201

| Invoice Number |
| --- |
| **3162** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
| --- | --- | --- |
| | RE: RAY A. FOX V. DR. P. GHOSH, ET AL.,    09 CV 5453 / TIN / 2071 | |
| | *NPY* | |
| | DEPOSITION OF | |
| | GEORGE MALONE | |
| | MICHAEL BREWER | |
| | *EW — Is this ok to pay? AS yes* | |
| 10/18/2010 | REPORTER ATTENDANCE FEE<br>9:00 A.M. TO 1:00 P.M.<br>Stateville Correctional Center | $180.00 |

| Total Balance Due | $180.00 |
| --- | --- |

15523

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

10/29/2010

PAY
TO THE
ORDER OF     Cermak Health Services

$     **25.00

Twenty-Five and 00/100**************************************************************************************     DOLLARS

Cermak Health Services

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO     Records, Ray Fox case

⑈015523⑈ ⑆071000013⑆ 111500040 7025⑈

Security features. Details on back.



11/22/10

# BILLING STATEMENT FOR XEROX COPIES

November 4, 2010

Loevy & Loevy
Attorneys At Law
312 N. May St.
Chicago, IL 60607

Re: Fox v. Ghosh

RE:    Forney, Robert B53187

The cost for xeroxing the medical record for Robert Forney will be $0.90.  The charges
are broken down as follows:

The first 50 pages are free

Additional 6 pages at $0.15 each          .90

Total for 56 pages                        $0.90

Make check payable to:

Vandalia Correctional Center

Mail check to:

Vandalia Correctional Center
Attn:  Lora Barker, Health Information Administrator
P.O. Box 500, Rt. 51 North
Vandalia, IL  62471

andy, can you
pls send
a check
to them for this?
Thanks,
Liz W.

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363          800-608-5523          Fax 815-727-7186          Fed ID. 36-3303806

ELIZABETH WANG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL  60607

| Invoice Date |
|---|
| **11/11/2010** |

11/11/201

| Invoice Number |
|---|
| **3367** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: RAY FOX V. DR. P. GHOSH     09 C 5453 / VOL / 2203 | |
| | DEPOSITION OF<br>DR. GHOSH | |
| 11/5/2010 | REPORTER ATTENDANCE FEE<br>Stateville Correctional Center | $175.00 |

*EW —*
*Is this*
*ok to pay ?*
*yes*

*11/22/10*

| Total Balance Due | $175.00 |
|---|---|

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**DCN: 3996**     INVOICE NO: 20100386     **MAKE CHECKS PAYABLE TO:**

Elizabeth C. Wang
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

Phone: (312) 243-5900
FAX: (312) 243-5902

*elizabethw@loevy.com*

*[handwritten: Andy - Please pay today re: Fox thx! ag]*

Pamela S. Warren, Ltd.
Official Court Reporter
219 South Dearborn Street
Room 1928
Chicago, IL 60604

Phone: (312) 294-8907

Tax ID: 20-8093325
*pswcsr@aol.com*

*[handwritten: P 11/16/10]*

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 11-12-2010 | DATE DELIVERED: 11-15-2010 |

**Case Style:** 09 C 5453, Fox v Ghosh
Transcript of proceedings before the Honorable Geraldine Soat Brown
TRANSCRIBED FROM DIGITAL RECORDING

September 7, 2010 - 34pps (pdf/emailed to gottschalk.anne@gmail.com)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 34 | 6.05 | 205.70 | | 1.20 | | | 0.90 | | 205.70 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 205.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $205.70 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 11-15-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 11/18/2010 | 6416 |

| TERMS | Net 30 |
|-------|--------|

### Customer

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

### Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

### CASE

FOX V. GHOSH

### YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 155 | 3.00 | 465.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF MARIANN FORKGEN | | | |
| TAKEN ON OCTOBER 19, 2010 | | | |
| AT 312 NORTH MAY STREET, | | | |
|    CHICAGO, IL | | | |
| IN RE:  RAY A. FOX, | | | |
|          VS. | | | |
|          DR. P. GHOSH, ET AL., | | | |
|          NO. 09 C 5454 | | | |
| | | | |
| REPORTER:  C. MORENO-BAILEY | | | |
| ATTORNEY:  ARTHUR LOEVY/WANG | | | |

*EW— Is this ok to pay? — AG yes*  *11/22/10*

TAX ID NO.  43-2092858

| | Total | $475.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 12/18/2010 |
|----------|------------|

## UNITED STATES POSTAL SERVICE ® — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Eldridge Ward, IDOC #N54013

Address:

Re: Witness fee — Ray Fox

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18412267375 | 2010-11-23 | 606804 | $40.00 | 0004 |

---

## UNITED STATES POSTAL SERVICE ® — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Joey Owens, #201000007255

Address:

Re: Witness fee — Ray Fox

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18412267397 | 2010-11-23 | 606804 | $40.00 | 0004 |

---

## UNITED STATES POSTAL SERVICE ® — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: Robert Ferguson, #20100007730

Address:

Re: Witness fee — Ray Fox

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18412267386 | 2010-11-23 | 606804 | $40.00 | 0004 |

---



Special benefits for Chase checking customers! Take advantage of exclusive offers on many Chase products. To learn more visit chase.com/exclusives or talk to a banker today!

```
My Transaction Summary
*********************
                         7025
                     $120.00
*********************
Transaction #52
Account Number Ending In:
Checking Withdrawal

JPMorgan Chase Bank, N.A.
West Loop, Branch 000161
     1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/23/2010 15:32

Business Date 11/23/2010
Session #24

Thank you - BRANDON
Cashbox #03
```

CHASE    CHASE    CHASE    CHASE

```
================================================
        CARDISS COLLINS STORE A
           CHICAGO, Illinois
              606999208
            1615420804-0090
  11/23/2010 (312)983-8182 05:04:33 PM
================================================
============= Sales Receipt =============
Product         Sale Unit     Final
Description      Qty Price     Price
================================================

Dom. Money Order               $40.00
18412267375
Domestic Money Order Fee        $1.10
             Subtotal:         $41.10
Dom. Money Order               $40.00
18412267386
Domestic Money Order Fee        $1.10
             Subtotal:         $41.10
Dom. Money Order               $40.00
18412267397
Domestic Money Order Fee        $1.10
             Subtotal:         $41.10
                              ==========
Total:                        $123.30

Paid by:
Cash                          $124.00
Change Due:                    -$0.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping        with postage.  For
other            ion call
1-800-ASK-USPS.
*********************************
*********************************
Get  our mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************


Bill#:1001001926945
Clerk:04

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
*********************************
*********************************
     HELP US SERVE YOU BETTER

          Go to:
  https://postalexperience.com/Pos

  TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*********************************
*********************************
```

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363         800-608-5523         Fax 815-727-7186         Fed ID. 36-3303806

ELIZABETH WANG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL  60607

| Invoice Date | |
|---|---|
| **11/30/2010** | 11/30/201 |
| Invoice Number | Page |
| **3651** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: RAY FOX V. DR. P. GHOSH   09 C 5453 / VOL / 2385 | |
| | DEPOSITION OF<br>ROBERT FERGUSON<br>JOEY OWENS | |
| 11/29/2010 | REPORTER ATTENDANCE FEE<br>Adult Detention Center | $99.00 |

*[handwritten: EW — Is this ok to pay? JT]*

*[handwritten: Ok she said.]*

*[handwritten: P 12/5/10]*

| | Total Balance Due | **$99.00** |
|---|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 12/1/2010 | 6433 |

| TERMS | Net 30 |
|---|---|

**Customer**

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

**CASE**

FOX V. GHOSH

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) CANCELLATION ON JOBSITE ON DECEMBER 1, 2010 AT 312 NORTH MAY STREET    CHICAGO, IL IN RE:  FOX,           VS.           GHOSH  REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  ARTHUR LOEVY | 2.5 | 75.00 | 187.50 |

TAX ID NO.  43-2092858

| Total | $187.50 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 12/31/2010 |
|---|---|

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

12/2/10

LOEVY & LOEVY
Anne Gottschalk
312 N MAY STREET, STE: 100
CHICAGO, IL. 60607

## INVOICE

PROCESS SERVICE                $      75.00

COOK CASE# 95CR1762

ADELAIDE TAMAYO
2467 GRASS LAKE RD
LINDENHURST, IL. 60046

TOTAL DUE                      $      75.00

*12/15/10*

*Anne — Is this ok to pay? What case is it?*

*yes — AT*

*FOX*

*Aaron —*
*Is this ok*
*to pay?*
*AF*

# Midwest Litigation Services

### An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Aaron Mandel
Loevy & Loevy
312 North May Street
Ste 100
Chicago, IL 60607

*12/6/10*

**Invoice #:** STL113215
**Invoice Date:** 12/06/2010
**Balance Due:** $ 184.80

**Case #:** 09C5453

**Case:** Ray A Fox v. P Ghosh et al
**Job #:** 84589  |  Job Date: 11/23/2010  |  Delivery:  Normal
**Billing Atty: Aaron Mandel**
**Location:** Logan Correctional Center
1096 1350th Street | Lincoln, IL 62656 5094
**Sched Atty:** Elizabeth Wang | Loevy & Loevy

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Eldridge Ward | Attendance 2 Hour Minimum | Hour | 2.00 | $35.00 | $70.00 |
| 2 | Eldridge Ward | Transcript - Original Only | Page | 37.00 | $2.90 | $107.30 |
| 3 | Eldridge Ward | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |

**Notes:  Email Only**

| | |
|---|---|
| **Invoice Total:** | **$184.80** |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | **$184.80** |

Fed. Tax ID: 20-3132569                 Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.


*OK — Am*

# L Biela & Associates Detectives, Ltd



700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/3/2011

LOEVY & LOEVY
Anne Gottschalk
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

PROCESS SERVICE          $      75.00

CASE# 09-CV-5453

JOSEPH SHEEHY
150 N MAPLE
BRAIDWOOD, IL. 60408

TOTAL DUE               $      75.00

*[Handwritten notes: AG — What case was this for? Is it ok to pay? — AT   Yes Re: Fox]*

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/3/2011

LOEVY & LOEVY
Anne Gottschalk
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE



PROCESS SERVICE

CASE# 09-CV-5453

CONSTANTINE PETERS

| | | |
|---|---|---|
| 7110 W 127TH ST. #150<br>PALOS HEIGHTS, IL. 60463 | $ | 75.00 |
| 13305 S RIDGELAND AVE #B<br>PALOS HEIGHTS, IL. 60463 | $ | 75.00 |
| TOTAL DUE | $ | 150.00 |

AG –
Is this ok
?
to pay

What case
was it for?

A

yes Re: Fox

# JPMorganChase ●

JPMORGAN CHASE BANK NA
PO BOX 2030
MAIL SUITE IL1-6225
ELGIN IL  60121

ACCOUNT NUMBER

STATEMENT DATE                01-20-11

NET CHARGES                   $1,747.75

ANNE GOTTSCHALK          **T0002284
LOEVY & LOEVY
312 N MAY ST
SUITE 100
CHICAGO IL  60607-1237

FOR RECONCILIATION PURPOSES ONLY.  DO NOT SEND PAYMENT.

NAME:  ANNE GOTTSCHALK                    CYCLE LIMIT:  $5,000

ACCOUNTING CODE:

## CARDHOLDER ACTIVITY

### Purchasing Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 12-24 | 12-23 | 5542950035784991003 0316 | KDMAILING 8476730186 IL | 850.00 |
| 12-30 | 12-28 | 5554186036300405229 1853 | HARRY AND DAVID M/O 800-345-5655 OR | 125.04 |
| 01-05 | 01-04 | 0541019100441815085 1129 | USPS.COM CLICK66100611 WASHINGTON DC | 4.99 |
| 01-05 | 01-04 | 0541019100441815267 9742 | USPS.COM CLICK66100611 WASHINGTON DC | 4.97 |
| 01-05 | 01-04 | 0541019100441815321 8698 | USPS.COM CLICK66100611 WASHINGTON DC | 5.58 |
| 01-05 | 01-04 | 0541019100441822812 1935 | USPS.COM CLICK66100611 WASHINGTON DC | 4.80 |
| 01-05 | 01-04 | 5542950100484930546 2004 | C E INC 5614477638 FL | 75.00 |
| 01-07 | 01-06 | 5542036100646331191 0976 | TLF*WESLEY BERRY FLOWE COMMERCE MI | 135.62 |

| FOR CUSTOMER SERVICE CALL:<br>1-800-316-6056<br><br>FOR LOST/STOLEN CARDS CALL:<br>1-800-316-6056 | ACCOUNT NUMBER<br><br>STATEMENT DATE:<br>01/20/11 | ACCOUNT SUMMARY | |
|---|---|---|---|
| | | PURCHASES &<br>OTHER CHARGES | 1,747.75 |
| | | CASH ADVANCES | .00 |
| SEND BILLING INQUIRIES TO:<br><br>JPMORGAN CHASE BANK NA<br>COMMERCIAL CARD SOLUTIONS<br>P.O. BOX 2015<br>MAIL SUITE IL1-6225<br>ELGIN, IL 60121 | | CREDITS | .00 |
| | | CASH ADVANCE FEE | .00 |
| | | NET CHARGES | $1,747.75 |
| | | DISPUTE AMOUNT | .00 |

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

*Re: Fox*

*ok to Pay -*

*Ag*

1/4/11

LOEVY & LOEVY
Anne Gottschalk
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

PROCESS SERVICE               $      75.00

CASE#09-CV-5453

MICHAEL BORKOWSKI
3813 N WAYNE
CHICAGO, IL. 60613

TOTAL DUE               $      75.00

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/7/2011

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60107

## INVOICE

PROCESS SERVICE          $      75.00

CASE# 09CV5453

*Ok to pay*
*Re:*
*Fox*

J ENCARNNACION
602 BEATTIE
ELWOOD, IL.60421

TOTAL DUE                $      75.00

1/7/11

# ALEXANDER, POOLE & COMPANY, INC.

## "THE ATTORNEY'S SERVICENTER"

*P.O. Box 69 • Albany, New York 12201*
*Telephone (518) 436-0895 • Fax (518) 436-7366*

**Invoice #** 1100335
January 11, 2011

Loevy & Loevy
Anne Gottschalk
312 N. MAy St Ste 100
Chicago , IL  60607

*Andy, just FYI - it has already been paid*

**Your File #**

| | | |
|---|---|---|
| **Caption:** | *Ray A Fox by and Through his Guardian Rose Fox* | Plaintiff/Petitioner |
| | *vs* | |
| | *Dr Constantine Peters et al* | Defendant/Respondent |

| | |
|---|---|
| Date Received: | 1/7/2011 |
| Serve By Date: | 1/7/2011 |
| Date Returnable: | |
| Docket or ID #: | 09-CV-5453 |
| Court: | U. S. District |
| County: | Northern Dist. - |

**Re:**  **James F Becker**

Docs. Served: Summons in a Civil Action & Complaint
OR
Svc. Provided:

Date Served: 1/11/2011
Time Served: 12:15pm   Server: Paul D. Jones
Place Served: 20 Woodlake Rd Albany NY 12203

Original: ☐   We File: ☐

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 1/7/2011 | Advanced Payment | | $65.00 |
| 1/11/2011 | Process Serving-Local | | |
| | Expedite | $65.00 | |
| | PS | | |
| | MC0063993230 | | |
| | **Total Service Fees and Total Fees Prepaid:** | **$65.00** | **$65.00** |

Fees not paid after 30 days will accrue interest at the rate of 1.5% per month
plus any reasonable costs of collection.   •   Employer I.D.# 14-1482374

**Total Amount Due =**      **$0.00**

**Remarks:**

## Payable upon receipt. Please pay from this invoice.

Please detach and return this section with your payment. Make checks payable to Alexander Poole & Co., Inc.

Loevy & Loevy
Anne Gottschalk
312 N. MAy St Ste 100
Chicago , IL  60607

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

Invoice•Work Order #:  1100335
Invoice Date:  January 11, 2011
Attorney's ID#:  A10447

**Total Amount Due=   $0.00**

**Amount Paid**_____

ok - KH

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 1/11/2011 | 6483 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

**CASE**

FOX V. GOSH

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF TERRY MCCANN (VIDEO CONFERENCE) TAKEN ON JANUARY 10, 2011 AT 100 WEST RANDOLPH STREET | 2.5 | 75.00 | 187.50 |

AT 100 WEST RANDOLPH STREET
    4TH FLOOR
    CHICAGO, IL
IN RE:   RAY A. FOX,
          VS.
    DR. P. GHOSH, ET AL.,
    NO. 09 C 5453

REPORTER:  C. SIEBERT-LAMONICA
ATTORNEY:  ARTHUR LOEVY/KATIE HILL

Katie This ?
Is ok to pay?

TAX ID NO.  43-2092858

| Total | $187.50 |
|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/10/2011 |
|----------|-----------|

Write Checks - Bank One



Previous | Next | Save | Print ▼ | Find | Attach

Bank Account [Bank/Trust Bank One]     Ending Balance    26,039.59

No.   15854
Date  01/17/2011

Pay to the Order of  L Biela & Associates Detectives, Ltd.          $ 550.00

Five hundred fifty and 00/100***********************************  Dollars

Address    L Biela & Associates Detective, Ltd
           P O Box 46335
           Chicago, IL  60646-0335          CLEARED

Memo     Inv's dated 1/3-1/14/11--Fox

Order Checks

| Expenses | $550.00 | Items | $0.00 | To be printed |

| Account | Amount | Memo | | Customer:Job | Billable? |
|---|---|---|---|---|---|
| 6610 · Professional ... | 150.00 | Svc on Constantine Peters | | Fox, Ray A. ... | ☑ |
| 6610 · Professional ... | 75.00 | Svc on Joseph Sheehy | | Fox, Ray A. ... | ☑ |
| 6610 · Professional ... | 75.00 | Svc on Michael Borkowski | | Fox, Ray A. ... | ☑ |
| 6610 · Professional ... | 75.00 | Svc on J Encarnacion | | Fox, Ray A. ... | ☑ |
| 6610 · Professional ... | 100.00 | Svc on Karen Fryer | | Fox, Ray A. ... | ☑ |
| 6610 · Professional ... | 75.00 | Svc on Karen Fryer at a different address | | Fox, Ray A. ... | ☑ |

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/17/2011

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY, SUITE 100
CHICAGO, IL. 60607



ok to pay
Re: Fox

## INVOICE

PROCESS SERVICE                $      75.00

CASE#09CV5453

MICHAEL BORKOWSKI
1209 CEDARWOOD DR
CREST HILL, IL. 60403

TOTAL DUE                      $      75.00

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| | Date | Invoice # |
|---|---|---|
| | 1/19/2011 | 6502 |

| TERMS | Net 30 |
|---|---|

**Customer**

LOEVY & LOEVY
MS. CINDY TSAI
MS. KATIE HILL
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

**CASE**

FOX V. GHOSH

**YOUR FILE NO.**



| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITIONS OF ROSALINE RASHAD       ROYCE BROWN-REED TAKEN ON JANUARY 18, 2011 AT STATEVILLE CORRECTIONAL FACILITY   16830 ILLINOIS RT. 53   LOCKPORT, IL IN RE:  RAY A. FOX,       VS.   DR. P. GHOSH, ET AL.,   NO. 09 C 5453 REPORTER:  C. BAKER ATTORNEY:  CINDY TSAI/KATIE HILL | 7 | 75.00 | 525.00 |



TAX ID NO. 43-2092858

| | Total | $525.00 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/18/2011 |
|---|---|

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/23/2011

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, # 100
CHICAGO, IL. 60607



1/31/11

## **INVOICE**

AT-
ok to pay
Re: Fox
org

CASE# 10CV1706

PROCESS SERVICE            $      75.00

ANTHONY MURPHY
43 CRAIG DR
CHICAGO HEIGHTS, IL, 60411

WITNESS FEE                $      60.00

Larry paid
the witness fee,
this is to
reimburse

TOTAL DUE                  $     135.00

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/25/11

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

*Ok to pay*
*Re: Fox*
*ag*

CASE#  09-CV-5453  BORKOWSKI

PROCESS SERVICE          $      75.00

MICHAEL BORKOWSKI
26702 TRAIL COURT
LAKE FOREST, IL. 60045

*Send a different address*

TOTAL DUE          $      75.00

*2/7/11*

# L Biela & Associates Detectives, Ltd

700 N Green Street, Suite C30
Chicago, IL. 60642
WWW.BIELAPI.COM
TAX ID# 20-3939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/29/2011

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

| | | |
|---|---|---|
| SKIP TRACE | $ | 75.00 |
| PROCESS SERVICE | $ | 75.00 |

MICHAEL BORKOWSKI
16934 S BLACKFOOT DR
LOCKPORT, IL. 60441

| | | |
|---|---|---|
| TOTAL DUE | $ | 150.00 |

*Eot / svc. on yet another address for this person.*

*AG is this ok to pay?*

*-AT*

*yes (we finally got him served!!)*

*ag*

ok - KH

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 2/17/2011 | 6536 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF KATHLEEN MARTELLA-ZUCCO TAKEN ON FEBRUARY 14, 2011 AT 312 NORTH MAY STREET     CHICAGO, IL IN RE:  RAY A. FOX, ET AL.,            VS.       DR. CONSTANTINE PETERS,       ET AL.,       NO. 09  5453  REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:   ARTHUR LOEVY/KATIE HILL | 2.5 | 75.00 | 187.50 |

TAX ID NO.  43-2092858

**Total** $187.50

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 3/19/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 2/18/2011 | 6542 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF CATHY MOYNIHAN TAKEN ON FEBRUARY 18, 2011 AT STATEVILLE CORRECTIONAL FACILITY  16830 ILLINOIS ROUTE 53  LOCKPORT, IL IN RE:  RAY A. FOX, ET AL.,      VS.      DR. CONSTANTINE PETERS, ET AL.,      NO. 09 C 5453  REPORTER:  C. BAKER ATTORNEY:  KATIE HILL | 2.5 | 75.00 | 187.50 |

*Katie Is this ok to pay?* *AK* *yes. Katie*

TAX ID NO.  43-2092858

**Total** $187.50

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 3/20/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 3/7/2011 | 6566 |

| TERMS | Net 30 |
|-------|--------|

### Customer

LOEVY & LOEVY
MS. KATIE HILL
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

### CASE

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) | 2.5 | 75.00 | 187.50 |
| TAKEN ON MARCH 7, 2011 | | | |
| CANCELLATION ON MORNING OF JOB | | | |
|     CHAYRYSH & SCHROEDER | | | |
| TO BE AT 33 NORTH DEARBORN | | | |
|     CHICAGO, IL | | | |
| IN RE:  RAY A. FOX, ET AL. | | | |
|     VS. | | | |
|     DR. CONSTANTINE PETERS, ET AL. | | | |
|     NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  A. MIRAMINGOS | | | |
| ATTORNEY:  KATIE HILL | | | |

*Handwritten note: Katie — Is this ok to pay? — K*

TAX ID NO.  43-2092858

**Total**    $187.50

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 4/6/2011 |
|----------|----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 3/30/2011 | 6599 |

| TERMS | Net 30 |
|-------|--------|

| Customer |
|----------|
| LOEVY & LOEVY<br>MS. CINDY TSAI<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL  60607 |

| Ship To |
|---------|
| |

| CASE |
|------|
| FOX V. PETERS |

| YOUR FILE NO. |
|---------------|
| |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED)<br>DEPOSITION OF JOSEPH SHEEHY<br>     JULIUS ENCARNACION<br>TAKEN ON MARCH 30, 2011<br>AT STATEVILLE CORRECTIONAL<br>  16830 S. RT. 53, CREST HILL, IL<br>IN RE:  RAY A. FOX, ET AL.,<br>       VS.<br>    DR. CONSTANTINE PETERS, ET AL.,<br>    NO. 09 C 5453<br><br>REPORTER:  C. SIEBERT-LAMONICA<br>ATTORNEY: CINDY TSAI | 4 | 75.00 | 300.00 |

Cindy —
is this ok
to pay?

P
4/2/11

ok

TAX ID NO. 43-2092858

**Total**  $300.00

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 4/29/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 4/3/2011 | 6601 |

| TERMS | Net 30 |
|---|---|

**Customer**

LOEVY & LOEVY
MS. CINDY TSAI
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF MICHAEL BORKOWSKI MICHAEL PASQUA TAKEN ON MARCH 31, 2011 AT STATEVILLE CORRECTIONAL 16830 S. RT. 53, CREST HILL, IL IN RE:  RAY A. FOX, ET AL., VS. DR. CONSTANTINE PETERS, ET AL., NO. 09 C 5453  REPORTER:  C. BRABEC ATTORNEY:  CINDY TSAI | 3.5 | 75.00 | 262.50 |

TAX ID NO.  43-2092858

| | |
|---|---|
| **Total** | $262.50 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 5/3/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

*(handwritten: Inclusive of Inv. 6617 too)*

| Date | Invoice # |
|------|-----------|
| 4/19/2011 | 6614 |

| TERMS | |
|-------|--|
| | Net 30 |

## Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

## Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

## CASE

FOX V. PETERS

## YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF KAREN FRYER MARLON BROWN (DID NOT SHOW) TAKEN ON APRIL 15, 2011 AT STATEVILLE COFRRECTIONAL 16830 S. RT 53, CREST HILL, IL IN RE: RAY A. FOX, ET AL., VS. DR. CONSTANTINE PETERS, ET AL., NO. 09 C 5453 REPORTER: G. DALL ATTORNEY: ELIZABETH WANG | 4.5 | 75.00 | 337.50 |

*(handwritten: EW — is this ok to my —AT (we will seek reimbursement from defense counsel on the no-show) yes)*

TAX ID NO. 43-2092858

| | Total | $337.50 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 5/19/2011 |
|----------|-----------|



**16247**

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

4/21/2011

PAY
TO THE
ORDER OF    Heather R. Eddy

$ **131.41

One Hundred Thirty-One and 41/100******************************************************    DOLLARS

Heather R. Eddy

VOID AFTER 160 DAYS

MEMO    Witness fee--Ray Fox v. Peters, et al

AUTHORIZED SIGNATURE

⑈016247⑈ ⑆071000013⑆ 111500040702⑈

---

**16248**

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

4/21/2011

PAY
TO THE
ORDER OF    Colleen Markham

$ **56.67

Fifty-Six and 67/100********************************************************************    DOLLARS

Colleen Markham

VOID AFTER 160 DAYS

MEMO    Witness fee--Ray Fox v. Peters, et al

AUTHORIZED SIGNATURE

⑈016248⑈ ⑆071000013⑆ 111500040702⑈

16273

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois
2-1-710

4/27/2011

PAY
TO THE
ORDER OF        Cermak Health Services of Cook County                    $        **25.00

Twenty-Five and 00/100*****************************************************************************************        DOLLARS

Cermak Health Services of Cook County

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO        Medical records, Ray Fox

⑆016273⑆ ⑆071000013⑆ 1150040702 5⑆

Security features. Details on back.

16275

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

4/28/2011

PAY
TO THE
ORDER OF     Evidence Video

$     **1,000.00

One Thousand and 00/100************************************************************************************************     DOLLARS

Evidence Video
2100 N. Lincoln Park West, 10CS
Chicago, IL 60614

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO     Fox, retainer fee

⑈016275⑈ ⑆071000013⑆ 111500040 70 25⑈

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 5/3/2011 | 6628 |

| TERMS | Net 30 |
|-------|--------|

### Customer

LOEVY & LOEVY
MR. MICHAEL KANOVITZ
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

### Ship To

LOEVY & LOEVY
MR. MICHAEL KANOVITZ
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

### CASE

FOX V. PETERS

### YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT ORDERED) DEPOSITION OF ROYCE BROWN-REED (PART 2-CONT'D) TAKEN ON MARCH 28, 2011 AT STATEVILLE CORRECTIONAL   16830 S. RT. 53   CREST HILL, IL | 2.5 | 75.00 | 187.50 |
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 71 | 3.00 | 213.00 |
| E-TRANSCRIPT (E-MAILED & CD ENCLOSED) | | 0.00 | 0.00 |
| EXHIBITS | 9 | 0.40 | 3.60 |
| IN RE:  RAY A. FOX, ET AL.,      VS.   DR. CONSTANTINE PETERS, ET AL.   NO. 09 C 5453 | | | |
| REPORTER:  G. DALL ATTORNEY:  MICHAEL KANOVITZ | | | |

TAX ID NO.  43-2092858

| | Total | $404.10 |
|-|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 6/2/2011 |
|----------|----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 5/3/2011 | 6631 |

| TERMS | |
|---|---|
| | Net 30 |

| Customer | Ship To |
|---|---|
| LOEVY & LOEVY<br>MS. ROSHNA BALA KEEN<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL  60607 | LOEVY & LOEVY<br>MS. ROSHNA BALA KEEN<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL  60607 |

| CASE | YOUR FILE NO. |
|---|---|
| FOX V. PETERS | |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ATTENDANCE (TRANSCRIPT NOT ORDERED)<br>DEPOSITIONS OF FF NATHAN SKEWES<br>FF DAVID FREEMAN<br>TAKEN ON MAY 3, 2011<br>AT 312 NORTH MAY STREET<br>CHICAGO, IL<br>IN RE:  TANNER,<br>VS.<br>WAUKEGAN, ET AL.,<br><br>REPORTER:  C. SIEBERT-LAMONICA<br>ATTORNEY:  ROSHNA BALA KEEN | 2.5 | 75.00 | 187.50 |

TAX ID NO.  43-2092858

| Total | $187.50 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 6/2/2011 |
|---|---|

# LaSalle Process Servers L.P.

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/10/2011 | 43526 |

BILL TO
Loevy & Loevy
312 N. May St.
Suite 100
Chicago, Illinois  60607
Attn:Zach Wehrwein

CASE INFO
Ray A. Fox
vs.
Dr. Constantine Peters, et al.
09 CV 5453

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 284.50 |
| Fuel Surcharge | 3.00 |
| | |
| 2 Subpoenas | |
| 1. Colleen Markham | |
| 2. Heather R. Eddy | |
| Calls at addresses given in Oak Lawn & Mendota, IL | |
| FedEx. | |

*[handwritten notes: "EW Is this ok to pay? AJ yes"]*

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**  $287.50

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| | Date | Invoice # |
|---|---|---|
| | 5/10/2011 | 6643 |

| TERMS | Net 30 |
|---|---|

**Customer**

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF JAMES BECKER(via telephone) TAKEN ON MAY 10, 2011 AT 312 NORTH MAY STREET CHICAGO, IL IN RE: RAY A. FOX, ET AL., VS. DR. CONSTANTINE PETERS, ET AL., NO. 09 C 5453 REPORTER: C. SIEBERT-LAMONICA ATTORNEY: ARTHUR LOEVY | 2.5 | 75.00 | 187.50 |

*EW- Is this ok to pay? AT yes 5/13/11*

TAX ID NO. 43-2092858

| | **Total** | $187.50 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 6/9/2011 |
|---|---|

# EVIDENCE VIDEO
## 2100 N. Lincoln Park West
## Suite 10C South
## Chicago, IL 60614

PH: (773) 871-8483
FAX: (773) 871-6340

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2011 | 2472 |

**Bill To**

Liz Wang
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

*EW*

*Is this ok to pay? AT*

*Yes she said.*

| Terms | Legal Client |
|-------|--------------|
| Net 30 | Ray Fox |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Evidence Video Case #11-34 | | |
| | Set-Up Charge | 50.00 | 50.00 |
| | Half-Day Shoot – 4/28/11 | 1,700.00 | 1,700.00 |
| 1 | Tape stock used | 28.00 | 28.00 |
| | Still Photographer | 85.00 | 85.00 |
| 2 | Film Roll Used | 18.00 | 36.00 |
| 2 | Develop and Print Rolls | 28.00 | 56.00 |
| 1 | CD of photo shoot | 20.00 | 20.00 |
| | 7 - photos scanned into computer/1 CD photos (No Charge) | | 0.00 |
| 3 | Edit Video - 3 hours | 195.00 | 585.00 |
| 2 | DVD Time Coded Masters | 55.00 | 110.00 |
| 1 | DV Master Tape | 35.00 | 35.00 |
| | Travel Charges | 20.00 | 20.00 |
| | Retainer Fee Received | -1,000.00 | -1,000.00 |
| | Sales Tax | 8.50% | 0.00 |

*5/20/11*

Evidence Video - Tax ID 36-4486073

## Total
$1,725.00

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 5/16/2011 | 6648 |

| TERMS | Net 30 |
|---|---|

## Customer

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

### Ship To

## CASE

FOX V. PETERS

### YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF DR. ARTHUR FUNK TAKEN ON MAY 12, 2011 AT 312 NORTH MAY STREET    CHICAGO, IL IN RE:  RAY A. FOX, ET AL.,        VS.        DR. P. GHOSH, ET AL.,        NO. 09 C 5453  REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  ARTHUR LOEVY | 3 | 75.00 | 225.00 |

*Cindy —*
*Is this ok*
*to pay?*
*ok*
*et*
*← A*

TAX ID NO.  43-2092858

| | Total | $225.00 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 6/15/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 5/18/2011 | 6646B |

| TERMS | Net 30 |
|-------|--------|

### Customer

LOEVY & LOEVY
MS. CINDY TSAI
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

### CASE

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF MARLON BROWN TAKEN ON MAY 17, 2011 AT STATEVILLE CORRECTIONAL   16830 S. RT 53,   CREST HILL, IL IN RE:  RAY A. FOX, ET AL.,         VS.     DR. CONSTANTINE PETERS,  ET AL.   NO. 09 C 5453  REPORTER:  C. BRABEC ATTORNEY:  CINDY TSAI | 2.5 | 75.00 | 187.50 |

*Cindy — Is this ok to pay? No* *Ok* *6/1/11*

TAX ID NO.  43-2092858

| | Total | $187.50 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 6/17/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 6/1/2011 | 6666 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

## CASE

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF MARY PURVIN TAKEN ON MAY 31, 2011 AT 33 NORTH DEARBORN STREET   SUITE 1300   CHICAGO, IL IN RE:  RAY A. FOX, ET AL.,       VS.     DR. P. GHOSH, ET AL.,     NO. 09 C 5453  REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  ELIZABETH WANG | 2.5 | 75.00 | 187.50 |

*EW Is this ok to pay? AT yes 6/10/11*

TAX ID NO. 43-2092858

| | | |
|---|---|---|
| **Total** | | $187.50 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/1/2011 |
|----------|----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 6/1/2011 | 6667 |

| TERMS | |
|-------|--|
| | Net 30 |

| Customer |
|----------|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL  60607 |

| Ship To |
|---------|
| |

| CASE |
|------|
| FOX V. PETERS |

| YOUR FILE NO. |
|---------------|
| |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED)<br>DEPOSITION OF IVETTA SANGSTER<br>TAKEN ON JUNE 1, 2011<br>AT STATEVILLE CORRECTIONAL<br>    CREST HILL, ILLINOIS<br>IN RE:  RAY A. FOX, ET AL.,<br>        VS.<br>        DR. CONSTANTINE PETERS, ET AL.,<br>        NO. 09 C 5453<br><br>REPORTER:  C. SIEBERT-LAMONICA<br>ATTORNEY:  ELIZABETH WANG | 2.5 | 75.00 | 187.50 |

*EW — Is ok to pay this? AT yes  6/10/11*

TAX ID NO.  43-2092858

| | Total |
|--|-------|
| | $187.50 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | |
|----------|--|
| | 7/1/2011 |

# EVIDENCE VIDEO
## 2100 N. Lincoln Park West
## Suite 10C South
## Chicago, IL 60614

PH: (773) 871-8483
FAX: (773) 871-6340

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2011 | 2496 |

**Bill To**

Liz Wang
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

| Terms | Legal Client |
|-------|--------------|
| Net 30 | Ray Fox |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Evidence Video Case #11-34 | | |
| 3 | DVD copies | 25.00 | 75.00 |
| 1 | DVD Master | 55.00 | 55.00 |
| | Delivery charges (Fed-exed to attorney - 6/1/11) | 17.00 | 17.00 |
| | Sales Tax | 8.50% | 0.00 |

Evidence Video - Tax ID 36-4486073

**Total** $147.00

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 6/2/2011 | 6668 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MR. ARTHUR LOEVY
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

## CASE

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITIONS OF LESTER KEVIN SENORE ESTER MARTIN TAKEN ON JUNE 2, 2011 AT STATEVILLE CORRECTIONAL CREST HILL, ILLINOIS IN RE:  RAY A. FOX, ET AL., VS. DR. P. GHOSH, ET AL., NO. 09 C 5453 | 5.5 | 75.00 | 412.50 |
| REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  ARTHUR LOEVY | | | |

*EW Is this ? ok to pay — As yes*

TAX ID NO.  43-2092858

| | Total | $412.50 |
|--|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/2/2011 |
|----------|----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 6/8/2011 | 6681 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

## CASE

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF DR. CONSTANTINE PETERS TAKEN ON JUNE 3, 2011 AT 13305 S. RIDGELAND AVENUE    UNIT B    PALOS HEIGHTS, IL IN RE:  RAY A. FOX, ET AL.,        VS.    DR. CONSTANTINE PETERS, ET AL.,    NO. 09 C 5453 REPORTER:  J. HEINEMANN ATTORNEY:  ELIZABETH WANG | 2.5 | 75.00 | 187.50 |

*EW — is this ok to pay? yes 6/10/4*

TAX ID NO. 43-2092858

**Total** $187.50

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/8/2011 |
|----------|----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 6/16/2011 | 6704 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 165 | 3.00 | 495.00 |
| E-TRANSCRIPT (CD ENCLOSED) | | 0.00 | 0.00 |
| EXHIBITS | 9 | 0.40 | 3.60 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF SEAN ROYCROFT | | | |
| TAKEN ON OCTOBER 12, 2010 | | | |
| IN RE: RAY A. FOX, ET AL., | | | |
|       VS. | | | |
|     DR. CONSTANTINE PETERS, ET AL., | | | |
|     NO. 09 C 5453 | | | |
| | | | |
| REPORTER: C. SIEBERT-LAMONICA | | | |
| ATTORNEY: ELIZABETH WANG | | | |

TAX ID NO. 43-2092858

| | | | **Total** | $508.60 |
|--|--|--|-----------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/16/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 6/19/2011 | 6707 |

| TERMS | |
|---|---|
| | Net 30 |

### Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

### CASE

FOX V. PETERS

### YOUR FILE NO.

*NPY*

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 113 | 3.00 | 339.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| EXHIBITS | 4 | 0.40 | 1.60 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |

DEPOSITION OF MARY PURVIN
TAKEN ON MAY 31, 2011
AT 33 NORTH DEARBORN STREET, CHICAGO
IN RE:  RAY A. FOX, ET AL.,
                VS.
        DR. CONSTANTINE PETERS, ET AL.,
        NO. 09 C 5453

REPORTER:  C. SIEBERT-LAMONICA
ATTORNEY:  ELIZABETH WANG

*EW — Is this ok to pay? — yes*

TAX ID NO.  43-2092858

| **Total** | **$350.60** |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/19/2011 |
|---|---|

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363          800-608-5523          Fax 815-727-7186          Fed ID. 36-3303806

ELIZABETH WANG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607

| Invoice Date |
| --- |
| 6/21/2011 |

6/21/2011

| Invoice Number |
| --- |
| 6058 |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
| --- | --- | --- |
| | RE: RAY A. FOX V. DR. P. GHOSH, ET AL.,     09 CV 5453 / VOL / 4027 | |
| | DISCOVERY DEPOSITION OF<br>DAVID BARNES,<br>ROBERT FERGUSON,<br>JOEY OWENS, 281 Pages | |
| 10/25/2011 | ORIGINAL TRANSCRIPT<br>EXHIBITS SCANNED, 23 PAGES<br>E-TRANSCRIPT DELIVERY 6/21/11 | $938.49<br>$3.45 |

*EW — Is this ok to pay? — AT*
*6/30/11*
*yes*

COPY

| | Total Balance Due | $941.94 |
| --- | --- | --- |