# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363        800-608-5523        Fax 815-727-7186        Fed ID. 36-3303806

ELIZABETH WANG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL  60607

| Invoice Date |
| --- |
| **6/28/2011** |

6/28/2011

| Invoice Number |
| --- |
| **6165** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
| --- | --- | --- |
| | RE: RAY A. FOX V. DR. P. GHOSH, ET AL.,    09 CV 5453 / TIN / 4102 | |
| | DISCOVERY DEPOSITION OF<br>GEORGE MALONE and<br>MICHAEL BREWER, 141 Pages | |
| 10/18/2010 | ORIGINAL TRANSCRIPT<br>E-TRANSCRIPT DELIVERY 6/27/11 | $488.65 |

E-MAILED

EXHIBIT
D

| Total Balance Due | $488.65 |
| --- | --- |

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 6/28/2011 | 6723 |

| TERMS | Net 30 |
|---|---|

| Customer | | Ship To |
|---|---|---|

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

| CASE | YOUR FILE NO. |
|---|---|

FOX V. GHOSH

*APY*

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) DEPOSITION OF DR. ARTHUR FUNK TAKEN ON MAY 12, 2011 | 150 | 3.00 | 450.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| EXHIBITS | 2 | 0.40 | 0.80 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| IN RE:  RAY A. FOX, ET AL.,  VS.  DR. P. GHOSH, ET AL.,  NO. 09 C 5453 | | | |
| REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  ARTHUR LOEVY/ELIZABETH WANG | | | |

*GW is this ok to py? JT yes*

TAX ID NO.  43-2092858

| | Total | $460.80 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/28/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
| --- | --- |
| 6/28/2011 | 6724 |

| TERMS | Net 30 |
| --- | --- |

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**CASE**

FOX V. GHOSH

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
| --- | --- | --- | --- |
| COPY OF TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 75 | 2.00 | 150.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| EXHIBITS | 20 | 0.40 | 8.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF DR. CONSTANTINE PETERS | | | |
| TAKEN ON JUNE 2, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. P. GHOSH, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  J. HEINEMANN | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

TAX ID NO.  43-2092858

| Phone # | Fax # | E-mail |
| --- | --- | --- |
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| Total | $168.00 |
| --- | --- |

| DUE DATE | 7/28/2011 |
| --- | --- |

# RESOLVE
Receivables Management

2102 Abbey Court
Alpharetta, GA 30004-6019
866-791-4040 (tel)
678-889-9542 (fax)

Elizabeth Wang
Loevy & Loevy
312 N May St Ste 100
Chicago, IL 60607-1237

## ACCOUNT INFORMATION

Statement Date:   January 23, 2012
Creditor:         Discovery Health Record Solutions, LLC (D)
Account:          1658170
Ref #:            09 CV 5453
Balance:          $25.00

Dear Elizabeth Wang,

We have been authorized to contact you regarding your past due account with our client for the medical records of **Fox, Ray** that you ordered from **Cermak Health Services**.  Your order was processed by our client on **07/11/11** and the balance of **$25.00** remains unpaid.

Please respond to this notice within 15 days by remitting your payment to Resolve-usa as indicted below.  You may also make a credit card or check payment by phone at **866-791-4040** or online at **www.payrusa.com**.  For billing purposes, our tax ID is 26-4607238.

Sincerely,
Resolve-usa

▼ ***Detach and Return with Payment*** ▼

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 7/11/2011 | 6752 |

| TERMS | Net 30 |
|---|---|

### Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

### Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

*NPY*

### CASE

FOX V. PETERS

### YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) DEPOSITION OF MICHAEL BORKOWSKI TAKEN ON MARCH 31, 2011 | 75 | 3.00 | 225.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| EXHIBITS | 15 | 0.40 | 6.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| IN RE:   RAY A. FOX, ET AL., | | | |
|            VS. | | | |
|         DR. CONSTANTINE PETERS, ET AL., | | | |
|         NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. BRABEC | | | |
| ATTORNEY:  ELIZABETH WANG/TSAI | | | |

*7/26/11*
*EW —*
*is th.3 ok*
*+ pg*
*A5*
*yes*

TAX ID NO.  43-2092858

| Total | $241.00 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/10/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
| --- | --- |
| 7/12/2011 | 6762 |

| TERMS | Net 30 |
| --- | --- |

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

*NPY*

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
| --- | --- | --- | --- |
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 61 | 3.00 | 183.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| EXHIBITS | 6 | 0.40 | 2.40 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF MICHAEL PASQUA | | | |
| TAKEN ON MARCH 31, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
|        VS. | | | |
|        DR. CONSTANTINE PETERS, ET AL., | | | |
|        NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. BRABEC | | | |
| ATTORNEY:  WANG/TSAI | | | |

*BW— Is this ok to pay?*

TAX ID NO.  43-2092858

| | |
| --- | --- |
| **Total** | $195.40 |

| Phone # | Fax # | E-mail |
| --- | --- | --- |
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/11/2011 |
| --- | --- |

# *Siebert & Associates Court Reporters, Inc.*

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 7/21/2011 | 6776 |

| TERMS | Net 30 |
|---|---|

### Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

### Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

*NP1*

### CASE

FOX V. PETERS

### YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 64 | 3.00 | 192.00 |
| E-TRANSCRIPT (E-MAILED ON 7/18) | | 0.00 | 0.00 |
| EXHIBITS | 6 | 0.40 | 2.40 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF JULIUS ENCARNACION | | | |
| TAKEN ON MARCH 30, 2011 | | | |
| IN RE: RAY A. FOX, ET AL., | | | |
|      VS. | | | |
|   DR. CONSTANTINE PETERS, ET AL., | | | |
|   NO. 09 C 5453 | | | |
| | | | |
| REPORTER: C. SIEBERT-LAMONICA | | | |
| ATTORNEY: ELIZABETH WANG | | | |

*EW — Is this ok to pay? AF yes*

TAX ID NO. 43-2092858

**Total**      $204.40

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/20/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 7/21/2011 | 6779 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

NPY

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 69 | 3.00 | 207.00 |
| EXHIBITS | 12 | 0.40 | 4.80 |
| E-TRANSCRIPT (CD & e-mailed on 7/18) | | 45.00 | 45.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF JOSEPH SHEEHY | | | |
| TAKEN ON MARCH 30, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

EW —
Is this ok
to pay? — M
yes

TAX ID NO.  43-2092858

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

**Total**     $266.80

| DUE DATE | 8/20/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
| --- | --- |
| 7/21/2011 | 6782 |

| TERMS | |
| --- | --- |
| | Net 30 |

| Customer |
| --- |
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| Ship To |
| --- |
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE |
| --- |
| FOX V. PETERS |

| YOUR FILE NO. |
| --- |
| |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
| --- | --- | --- | --- |
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 129 | 3.00 | 387.00 |
| E-TRANSCRIPT (CD-e-mailed on 7-18) | | 0.00 | 0.00 |
| EXHIBITS | 16 | 0.40 | 6.40 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF ESTER MARTIN | | | |
| TAKEN ON JUNE 2, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
|        VS. | | | |
|    DR. CONSTANTINE PETERS, ET AL., | | | |
|    NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG/ARTHUR LOEVY | | | |

TAX ID NO.  43-2092858

| Total | |
| --- | --- |
| | $403.40 |

| Phone # | Fax # | E-mail |
| --- | --- | --- |
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | |
| --- | --- |
| | 8/20/2011 |

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 7/21/2011 | 6785 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY | 104 | 3.00 | 312.00 |
| (LOEVY RATE) (MINI PRINTED ONLY) | | | |
| E-TRANSCRIPT (CD-e-mailed on 7-14) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF ROSALINA RASHAD | | | |
| TAKEN ON JANUARY 18, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG/HILL/TSAI | | | |

TAX ID NO.  43-2092858

**Total**  $322.00

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/20/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 7/21/2011 | 6788 |

| TERMS | |
|---|---|
| | Net 30 |

## Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

## CASE

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 165 | 3.00 | 495.00 |
| E-TRANSCRIPT (CD - e-mailed on 7/14) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF ROYCE BROWN REED-PT1 | | | |
| TAKEN ON JANUARY 18, 2011 | | | |
| IN RE:   RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG/KANOVITZ/HILL/TSAI | | | |

TAX ID NO. 43-2092858

| Total | $505.00 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/20/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 7/21/2011 | 6791 |

| TERMS | Net 30 |
|-------|--------|

| Customer |
|----------|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| Ship To |
|---------|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE |
|------|
| FOX V. PETERS |

| YOUR FILE NO. |
|---------------|
| |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 75 | 3.00 | 225.00 |
| EXHIBITS | 19 | 0.40 | 7.60 |
| E-TRANSCRIPT (CD & e-mailed on 7/18) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF LESTER KEVIN SENORE | | | |
| TAKEN ON JUNE 2, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER: C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

TAX ID NO.  43-2092858

| | Total | $242.60 |
|--|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/20/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 7/21/2011 | 6794 |

| TERMS | Net 30 |
|-------|--------|

| Customer |
|----------|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| Ship To |
|---------|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE |
|------|
| FOX V. PETERS |

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 121 | 3.00 | 363.00 |
| E-TRANSCRIPT (CD-e-mailed on 7/14) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF CATHY MOYNIHAN TAKEN ON FEBRUARY 18, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C.BAKER | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

TAX ID NO.  43-2092858

| Total | $373.00 |
|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/20/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 7/21/2011 | 6797 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 89 | 3.00 | 267.00 |
| EXHIBITS | 1 | 0.40 | 0.40 |
| E-TRANSCRIPT (CD-e-mail 7-21) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF JAMES BECKER | | | |
| TAKEN ON MAY 10, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C  5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG/ARTHUR LOEVY | | | |

*EW-
Is this ok?
to pay*

TAX ID NO.  43-2092858

| | |
|-|-|
| **Total** | $277.40 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/20/2011 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 7/24/2011 | 6802 |

| TERMS | Net 30 |
|---|---|

| Customer |
|---|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| Ship To |
|---|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE |
|---|
| FOX V. PETERS |

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT (24-48 DELIVERY) | 103 | 5.20 | 535.60 |
| (LOEVY RATE) (MINI PRINTED ONLY) | | | |
| EXHIBITS | 5 | 0.40 | 2.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| E-TRANSCRIPT | | 0.00 | 0.00 |
| DEPOSITION OF KATHLEEN MARTELLA-ZUCCO | | | |
| TAKEN ON FEBRUARY 14, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
|        VS. | | | |
|        DR. CONSTANTINE PETERS, ET AL., | | | |
|        NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  MS. ELIZABETH WANG | | | |

*EW — Is this ok to pay? AT*
*Yes she said.*

TAX ID NO.  43-2092858

| Total | $547.60 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/23/2011 |
|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 7/24/2011 | 6805 |

| TERMS | Net 30 |
|---|---|

| Customer |
|---|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| Ship To |
|---|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE |
|---|
| FOX V. PETERS |

| YOUR FILE NO. |
|---|
| |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| COPY OF TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 71 | 2.00 | 142.00 |
| EXHIBITS | 16 | 0.40 | 6.40 |
| E-TRANSCRIPT (CD&e-mailed on 7/24) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF IVETTA SANGSTER | | | |
| TAKEN ON JUNE 1, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
|        VS. | | | |
|     DR. CONSTANTINE PETERS, ET AL., | | | |
|     NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

*EW —*
*Is this ok*
*to pay?*
*Yes, she said*

TAX ID NO.  43-2092858

| Total | $158.40 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 8/23/2011 |
|---|---|

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

12/15/2011

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607



## INVOICE

CASE#09CV5453

| | | |
|---|---|---|
| WITNESS FEE CHECK FORWARDED | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

PATTRICIA KILINSKY
7920 WINDSOR COURT
DARIEN, IL. 60561

TOTAL DUE                 $      125.00

**PLEASE REMIT PAYMENT TO:**
**P O BOX 46335**
**CHICAGO, IL. 60646-0335**

**L BIELA & ASSOCIATES DETECTIVES LTD**
700 N GREEN ST
SUITE C30
CHICAGO, IL 60642
PHONE# 312-243-4030

10839

70-816/719

DATE 12/14/11

EZ Shield™ Check Fraud
Protection for Business

PAY TO THE ORDER OF   *Patricia Kilinsky*

*Fifty dale* $ 00 / $ 50/—

                                                        DOLLARS

**PARKWAY BANK & TRUST**
2 N WESTERN AVE
CARPENTERSVILLE, IL 60110

FOR *Witness Fee check 09CV5453*

MP

⑈"0 10839"⑈ ⑈:071908160: ⑈"36 757 5"⑈

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 12/18/2011 | 7029 |

| TERMS | Net 30 |
|-------|--------|

| Customer |
|----------|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL  60607 |

| Ship To |
|---------|
| *NPY* |

| CASE |
|------|
| FOX V. PETERS |

| YOUR FILE NO. |
|---------------|
| |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT ORDERED)<br>DEPOSITION OF KENNETH NEWMANN<br>TAKEN ON DECEMBER 13, 2011<br>AT 312 NORTH MAY STREET<br>   CHICAGO, IL<br>IN RE:   RAY A. FOX, ET AL.,<br>        VS.<br>     DR. CONSTANTINE PETERS, ET AL.,<br>     NO. 09 C 5453<br><br>REPORTER:  C. SIEBERT-LAMONICA<br>ATTORNEY:  ELIZABETH WANG | 5 | 75.00 | 375.00 |

TAX ID NO.  43-2092858

| **Total** | $375.00 |
|-----------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 1/17/2012 |
|----------|-----------|

# JPMorganChase ◆

JPMORGAN CHASE BANK NA
PO BOX 15918
MAIL SUITE DE1-1404
WILMINGTON DE  19850

<u>ACCOUNT NUMBER</u>

<u>STATEMENT DATE</u>                01-20-12

<u>NET CHARGES</u>                   $2,221.50

LAUREN E NAGAO
LOEVY & LOEVY
312 N MAY ST
SUITE 100
CHICAGO IL  60607-1237

**T0003262

FOR RECONCILIATION PURPOSES ONLY.  DO NOT SEND PAYMENT.

NAME:  LAUREN E NAGAO                          CYCLE LIMIT: $2,500

ACCOUNTING CODE:

## CARDHOLDER ACTIVITY

### Purchasing Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 12-21 | 12-20 | 0543684135560007166000 | COURTS/USDC-IL-T 312-435-6066 IL<br>P.O.S.: 0752-6673196  SALES TAX: 0.00 | 350.00 |
| 12-22 | 12-21 | 0543684135660007930 2292 | COURTS/USDC-TX-PAY 713-250-5414 TX<br>P.O.S.: 0541-9035787  SALES TAX: 0.00 | 455.00 |
| 12-22 | 12-21 | 5542950135584913861 6979 | OFFICEWORLD.COM 8778168767 OR | 191.94 |
| 12-22 | 12-22 | 5543286135600043268 9203 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA<br>P.O.S.: 104-4561378-54266  SALES TAX: 0.00 | 9.77 |
| 12-23 | 12-22 | 5543286135700070870 4776 | SQ *LEGAL VIDEO SPECIA FOUNTAIN HILL AZ | 875.00 |
| 12-29 | 12-28 | 2514061136300344217 8213 | YOUSENDIT INC PALO ALTO CA<br>P.O.S.: EUJE8AE7A5E3  SALES TAX: 0.00 | 9.99 |
| 01-06 | 01-04 | 5545885200516600000 8739 | QUILL CORPORATION 08007898965 IL<br>P.O.S.: 4052937  SALES TAX: 1.54 | 26.23 |

FOX
KENE

| FOR CUSTOMER SERVICE CALL:<br>1-800-316-6056<br><br>FOR LOST/STOLEN CARDS CALL:<br>1-800-316-6056 | ACCOUNT NUMBER<br><br>STATEMENT DATE:<br>01/20/12 | ACCOUNT SUMMARY | |
|---|---|---|---|
| | | PURCHASES & OTHER CHARGES | 2,221.50 |
| | | CASH ADVANCES | .00 |
| | | CREDITS | .00 |
| | | CASH ADVANCE FEE | .00 |
| SEND BILLING INQUIRIES TO:<br><br>JPMORGAN CHASE BANK NA<br>COMMERCIAL CARD SOLUTIONS<br>P.O. BOX 2015<br>MAIL SUITE IL1-6225<br>ELGIN, IL 60121 | | NET CHARGES | $2,221.50 |
| | | DISPUTE AMOUNT | .00 |

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 12/22/2011 | 7033 |

| TERMS | Net 30 |
|---|---|

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

12/22/11

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT (6-12 EXP) (LOEVY RATE) (MINI PRINTED ONLY) | 227 | 3.60 | 817.20 |
| EXHIBITS | 36 | 0.40 | 14.40 |
| E-TRANSCRIPT (e-mailed & CD) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF KENNETH NEUMANN | | | |
| TAKEN ON DECEMBER 13, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  CAROL SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

EW—
Is this ok to pay?

AT yes

TAX ID NO.  43-2092858

**Total** $841.60

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 1/21/2012 |
|---|---|



## JPMorganChase ⬡

JPMORGAN CHASE BANK NA
PO BOX 15918
MAIL SUITE DE1-1404
WILMINGTON DE 19850

| ACCOUNT NUMBER | |
| --- | --- |
| STATEMENT DATE | 01-20-12 |
| NET CHARGES | $1,466.90 |

MELINDA EK      **T0003258
LOEVY & LOEVY
312 N MAY ST
SUITE 100
CHICAGO IL 60607-1237

FOR RECONCILIATION PURPOSES ONLY. DO NOT SEND PAYMENT.

NAME: MELINDA EK        CYCLE LIMIT: $2,500

ACCOUNTING CODE:

### CARDHOLDER ACTIVITY

#### Purchasing Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
| --- | --- | --- | --- | --- |
| 12-29 | 12-28 | 85247711362980042149378 | VONAHN ASSOCIATES INC. FT MYERS FL *Fox*<br>P.O.S.: q679b733 SALES TAX: 0.00 | 695.00 |
| 01-18 | 01-17 | 55446412018200358000049 | AMERICAN CORRECTIONAL 08002225646 VA *Fox*<br>P.O.S.: VSJA8B45483E SALES TAX: 0.00 | 41.00 |
| | | | **Total Purchasing Activity** | 736.00 |

#### Travel Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
| --- | --- | --- | --- | --- |
| 01-19 | 01-19 | 55432862019000417728698 | *Fox - Should be credited see attached*<br>HOTELS.COM US 800-219-4606 WA | 148.10 |
| 01-20 | 01-18 | 55140582019624936093648 | SOUTHWES 5262415544795 08004359792 TX<br>TAUB/ARTHUR    DEPARTURE: 01-23-12<br>P.O.S.: SALES TAX: $0.00<br>LGA WN H MDW WN O LGA *Fox* | 418.60 |

| | | |
| --- | --- | --- |
| FOR CUSTOMER SERVICE CALL:<br>1-800-316-6056<br><br>FOR LOST/STOLEN CARDS CALL:<br>1-800-316-6056 | ACCOUNT NUMBER<br><br>STATEMENT DATE:<br>01/20/12 | ACCOUNT SUMMARY |

| ACCOUNT SUMMARY | |
| --- | --- |
| PURCHASES & OTHER CHARGES | 1,466.90 |
| CASH ADVANCES | .00 |
| CREDITS | .00 |
| CASH ADVANCE FEE | .00 |
| NET CHARGES | $1,466.90 |
| DISPUTE AMOUNT | .00 |

SEND BILLING INQUIRIES TO:

JPMORGAN CHASE BANK NA
COMMERCIAL CARD SOLUTIONS
P.O. BOX 2015
MAIL SUITE IL1-6225
ELGIN, IL 60121

# STATEMENT



**File No. 50217**
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611
barkley.com

| Account No. | Date |
|---|---|
| C72741 | 3/2/2012 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $313.50 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$313.50** |

Elizabeth Wang, Esq.
Loevy & Loevy
312 N May Street
Suite 100
Chicago IL  60607

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/30/2011 | 419704 | 313.50 | 12/30/2011 | Sandra Slosberg | =Videoconference Only= |

**Tax ID:** 95-3312349

Phone: (312) 243-5900    Fax:

*Please detach bottom portion and return with payment.*

Elizabeth Wang, Esq.
Loevy & Loevy
312 N May Street
Suite 100
Chicago IL  60607

Account No.   :  C72741
Date             :  3/2/2012

**Total Due**     :  **$ 313.50**

---

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Barkley Court Reporters**
                **File No 50217**
                **Los Angeles CA  90074**

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363          800-608-5523          Fax 815-727-7186          Fed ID. 36-3303806

ELIZABETH WANG
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607

| Invoice Date | |
|---|---|
| **1/3/2012** | 2/16/2012 |

| Invoice Number | |
|---|---|
| **8468** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: RAY FOX V. DR. P. GHOSH    09 C 5453 / VOL / 5617 | |
| | *** 30 days past due *** | |
| | DEPOSITION OF DR. PARTHASARATHI GHOSH, M.D., 131 Pages | |
| 11/5/2010 | ORIGINAL - EXPEDITED ONE WEEK E-TRANSCRIPT DELIVERY 1/3/12 EXHIBITS SCANNED, 18 Pages | $546.75 $2.70 |

| | Total Balance Due | $549.45 |
|---|---|---|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 1/3/2012 | 7043 |

| TERMS | Net 30 |
|---|---|

**Customer**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| ORIGINAL TRANSCRIPT (3-5 EXP) (LOEVY RATE) (MINI PRINTED ONLY) | 43 | 4.40 | 189.20 |
| EXHIBITS | 3 | 0.40 | 1.20 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| E-TRANSCRIPT (e-mailed on 1/3 & CD) | | 0.00 | 0.00 |
| DEPOSITION OF COLEEN MARKHAM | | | |
| TAKEN ON MAY 5, 2011 | | | |
| IN RE: RAY A. FOX, ET AL., | | | |
|     VS. | | | |
|     DR. CONSTANTINE PETERS, ET AL., | | | |
|     NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  GINA CAUSLEY | | | |
| ATTORNEY:   ARTHUR LOEVY/LIZ WANG | | | |

*[handwritten: EW — Is this ok to pay? A yes CP 1/4/12]*

TAX ID NO.  43-2092858

| Total | $200.40 |
|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/2/2012 |
|---|---|



ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

## *Invoice # CSD339029*

ELIZABETH WANG ,ESQ.
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

| Invoice Date | 01/04/2012 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/18/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/22/2011 | FOX vs. PETERS | 299602 | 01/03/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/22/2011, SYLVIA DOMAGALSKI (CHICAGO, IL) | |
|    E-TRANSCRIPT PACKAGE | $ 35.00 |
|    ONE COPY OF TRANSCRIPT PACKAGE | $ 638.40 |
| | $ 673.40 |
|    CSD-SHIPPING | $ 20.00 |
| | $ 20.00 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/18/2012** | **$ 693.40** |
| Amount Due After 02/18/2012 | $ 762.74 |

Tax Number:   45-3463120



**ESQUIRE**

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

### Invoice # CSD339357

| Invoice Date | 01/04/2012 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/18/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ELIZABETH WANG ,ESQ.
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/30/2011 | FOX vs. PETERS | 299736 | 01/04/2012 | F-P-O |

| Description | Amount |
|---|---|
| Services Provided on 12/30/2011, SANDRA SLOSBERG (CHICAGO, IL) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 478.80 |
| TWO DAY EXPEDITE | $ 330.03 |
| | $ 808.83 |

*E-TRANS*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 02/18/2012** | | **$ 808.83** |
| Amount Due After 02/18/2012 | | $ 889.71 |

Tax Number:   45-3463120

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 1/10/2012 | 7057 |

| TERMS | |
|-------|--|
| | Net 30 |

**Customer**

LOEVY & LOEVY
S. CINDY TSAI
2 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**Ship To**

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF T. J. SCHAFFNER BRIAN HANSEN TAKEN ON JANUARY 10, 2012 133 NORTH DEARBORN STREET CHICAGO, IL RE:  RAY A. FOX, ET AL., VS. DR. CONSTANTINE PETERS, | 2.5 | 75.00 | 187.50 |
| REPORTER:  C. SIEBERT-LAMONICA ATTORNEY:  CINDY TSAI | | | |

*Cindy
Is this ok
to pay?*

TAX ID NO.  43-2092858

| | Total | $187.50 |
|-|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/9/2012 |
|----------|----------|

 ESQUIRE

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 708-8087
Fax (856) 437-5009



ESQUIRE
DEPOSITION SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com



ELIZABETH WANG ,ESQ.
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

## Invoice # EQ341248

| Invoice Date | 01/11/2012 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/25/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/03/2012 | FOX vs. GHOSH | 302089 | 01/10/2012 | COURIER |

| Description | Amount |
|---|---|
| Services Provided on 01/03/2012, REBECCA BUSCH (CHICAGO, IL) | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT PACKAGE | $ 1,251.73 |
| APPEARANCE FEE MINIMUM | $ 96.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 120.00 |
| | $ 1,467.73 |
| | |
| ARCHIVING FEE | $ 30.00 |
| DELIVERY | $ 8.50 |
| | $ 38.50 |



EW— Is this ok? to pay? 
Yes she said

*MATTER NUMBER: N/A*
*- SOX (PLTF)*

| | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 0.00 |
| **Amount Due On/Before 02/25/2012** | | **$ 1,506.23** |
| Amount Due After 02/25/2012 | | |

Tax Number:    45-3463120

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

17581

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

1/12/2012

PAY
TO THE
ORDER OF      Eldridge Ward

$   **45.31

Forty-Five and 31/100************************************************************* DOLLARS

Eldridge Ward

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO      Fox -- witness fee

⑆017581⑆ ⑆071000013⑆ ⑈1150004070 25⑈

Security features. Details on back.

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/12/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

*AG said*
*ok to pay*

PROCESS SERVICE

Dr Faddy Charbel
912 S Wood
Chicago, IL. 60612

*Fox*

TOTAL DUE        $      75.00

## PLEASE REMIT PAYMENT TO:

## POST OFFICE BOX 46335
## CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd



POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/12/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE

AG said ok
to pay

fox

DR MATTHEW NITSCHE
333 MADISON ST
JOLIET, IL. 60435

TOTAL DUE          $      75.00

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/12/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE

*AG said
ok to pay*

*Fox*

Dr VICTOR ALETICH
912 S Wood
Chicago, IL. 60612

TOTAL DUE          $      75.00

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/15/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

| | | |
|---|---|---|
| PROCESS SERVICE | $ | 75.00 |

TERRY MCCANN
9242 WAVERLY CT
DARIEN, IL. 60561

| | | |
|---|---|---|
| TOTAL DUE | $ | 75.00 |

*AG said ok to pay*

*Fox*

## PLEASE REMIT PAYMENT TO:

## P O BOX 46335

## CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/15/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE     $     75.00

*AG said ok to pay*

Esther Martin
109 Cedarbrook Road
Naperville, IL. 60565

*Fox*

TOTAL DUE     $     75.00

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd



POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/15/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

*AG said ok to pay*

CASE#09CV5453

| | | |
|---|---|---|
| WITNESS FEE FORWARD | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

*Fox*

ARTHUR FUNK
1335 S PRAIRIE#403
CHICAGO, IL. 60605

| | | |
|---|---|---|
| TOTAL DUE | $ | 125.00 |

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

10853

**L BIELA & ASSOCIATES DETECTIVES LTD**
700 N GREEN ST
SUITE C30
CHICAGO, IL 60642
PHONE# 312-243-4030

70-816/719

DATE 1/13/12

EZShield™ Check Fraud
Protection for Business

PAY
TO THE
ORDER OF Arthur Funk                          $ 50⁰⁰/—

Fifty doll                    ✗ 00/ —                    DOLLARS

**PARKWAY BANK & TRUST**
2 N WESTERN AVE
CARPENTERSVILLE, IL 60110

FOR Witness fee 09CV5453

⑈010853⑈ ⑆071908160⑆ ⑈36 757 5⑈

# L Biela & Associates Detectives, Ltd



POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/15/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

WITNESS FEE FORWARD    $    50.00

PROCESS SERVICE    $    75.00

*AG said ok to pay*

*Fox*

MARY PURVIN
1238 HILLVIEW DR
LEMONT, IL. 60439

TOTAL DUE    $    125.00

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

**L BIELA & ASSOCIATES DETECTIVES LTD**
700 N GREEN ST
SUITE C30
CHICAGO, IL 60642
PHONE# 312-243-4030

10850

70-816/719

DATE 1/13/12

PAY
TO THE
ORDER OF   Mary Purvin                                    $ 50.00

Fifty dollars                                              DOLLARS

**PARKWAY BANK & TRUST**
2 N WESTERN AVE
CARPENTERSVILLE, IL 60110

FOR witness fee 09CV5453

⑈010850⑈ ⑆071908160⑆ ⑈36 757 5⑈

# L Biela & Associates Detectives, Ltd



POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/15/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

WITNESS FEE FORWARD $ 50.00

PROCESS SERVICE $ 75.00

Salvador Martinez
459 Wright Court
Bolingbrook, IL. 60440

TOTAL DUE $ 125.00

*AG said ok to pay*

*Fox*

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228
City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/15/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

WITNESS FEE FORWARD   $   50.00

PROCESS SERVICE

*AG said ok to pay*

Nicole Rodriguez

910 Nightshade   $   75.00
Shorewood, IL.

322 W Jackson   $   75.00
Morris, Il.

*Fox*

TOTAL DUE   $   200.00

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd



POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/16/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE     $     75.00       *AG said ok to pay*

NANDANA JASTI

2555 W LELAND #204

CHICAGO, IL. 60625       *fox*

TOTAL DUE     $     75.00

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/16/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

WITNESS FEE FORWARD   $    50.00

PROCESS SERVICE   $    75.00

*AG said ok to pay*

*for*

SALVADOR MARTINEZ

5255 S LINDER AVE

CHICAGO, IL. 60638

TOTAL DUE   $    125.00

### PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd



POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/16/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

| | | |
|---|---|---|
| WITNESS FEE FORWARD | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

LESTER SENOR

1509 THORNWOOD

PLAINFIELD, IL. 60586

AG said
ok to pay

Fox

| | | |
|---|---|---|
| TOTAL DUE | $ | 125.00 |

## PLEASE REMIT PAYMENT TO:

### POST OFFICE BOX 46335
### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/17/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE          $     75.00

DR ZIAD ALNADIJM
1890 SILVERCROSS
NEW LENOX,IL. 60451

*AG said ok to pay Fox*

TOTAL DUE          $     75.00

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 1/17/2012 | 7074 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MS. CINDY TSAI
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

**Ship To**

MS. ELIZABETH WANG

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT (6-12 EXP) (LOEVY RATE) (MINI PRINTED ONLY) | 48 | 3.60 | 172.80 |
| EXHIBITS | 16 | 0.40 | 6.40 |
| E-TRANSCRIPT (e-mailed on 1/17 & CD) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF BRIAN HANSEN | | | |
| TAKEN ON JANUARY 10, 2012 | | | |
| AT 33 NORTH DEARBORN, CHICAGO | | | |
| IN RE:   RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL. | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  CINDY TSAI | | | |

TAX ID NO.  43-2092858

**Total** $189.20

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/16/2012 |
|----------|-----------|

**JOHN D. REA**
P.O. Box 263
Lemont, IL 60439-0263
Phone: 312/939-7002 or 630/243-8394
Fax: 630/243-9035
E-mail: Rea1313@aol.com
Tax No.: 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

---

Invoice for Services

**Invoice # LOE1201**

Date: January 18, 2012

Elizabeth Wang
LOEVY & LOEVY
312 N. May St.
Ste. 100
Chicago, IL 60607

Re: Ray Fox v. Constantine Peters, et al. / Case No.: 09 C 5453

Itemized Statement for Services Rendered January 2012

J. Rea

| DATE | HOURS | DESCRIPTION OF ACTIVITY |
|------|-------|-------------------------|
| 01/08/12 | 1 ½ | Check Witness Addresses via SSN/DMV, etc. |
| 01/09/12 | ½ | Check Courts & Jails |
| 01/12/12 | 1 | Attempt Owens |
| 01/15/12 | 2 | Locate & Serve Ward |

M. Strader

| DATE | HOURS | DESCRIPTION OF ACTIVITY |
|------|-------|-------------------------|
| 01/09/12 | 3 | Attempt Ward & Owens in Chicago & Joliet |
| 01/10/12 | 1 | Attempt Owens |
| 01/11/12 | 2 | Attempt Ward at Chicago Locations |
| 01/14/12 | ½ | Attempt Owens |

Total Hours
J. Rea 5 @ $125                     $  625.00
M. Strader: 6 ½ @ $90               $  585.00

Total Mileage
262 @ $.65                          $  170.30

Total Expenses
Lexis/Nexis Search Fees            $    63.10


**Amount Due:**                    **$1443.40**