# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/18/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

*Andy -*
*All of these are*
*ok to pay*
*Re: Fox Trial*
*Subpoenas*

## INVOICE

CASE#09CV5453

PROCESS SERVICE          $       75.00

DR J PRESTON HARLEY
1S061 CANTIGNY DRIVE
WINFIELD, IL. 60190

TOTAL DUE                $       75.00

**PLEASE REMIT PAYMENT TO:**

**P O BOX 46335**

**CHICAGO, IL. 60646**



EXHIBIT
E

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/18/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5443

*AG said ok to pay*

*Fox*

| PROCESS SERVICE | $ | 75.00 |
|---|---|---|

ROGER WALKER
2408 SUTTON LANE
AURORA, IL. 60502

| TOTAL DUE | $ | 75.00 |
|---|---|---|

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/18/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5443

PROCESS SERVICE     $     75.00

*AG said ok to pay*

*Fox*

STAN WAZNIS
706 GORDON PLACE
JOLIET, IL. 60435

TOTAL DUE     $     75.00

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/18/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5443

*AG said ok to pay*

*fox*

| | | |
|---|---|---|
| PROCESS SERVICE | $ | 75.00 |
| FORWARD WITNESS FEE | $ | 50.00 |

NANCY KING
839 CURTISS ST G2
DOWNERS GROVE, IL. 60515

| | | |
|---|---|---|
| TOTAL DUE | $ | 125.00 |

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/18/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

| | | |
|---|---|---|
| WITNESS FEE FORWARDED | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

TERRY MCCANN
1012 PIN OAK LANE
WESTERN SPRINGS, IL. 60558

| | | |
|---|---|---|
| TOTAL DUE | $ | 125.00 |

*AG said ok to pay*

*Fox*

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 1/18/2012 | 7076 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MS. CINDY TSAI
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

### Ship To

LOEVY & LOEVY
MS. CINDY TSAI
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

## CASE

FOX V. PETERS

### YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ORIGINAL TRANSCRIPT (6-12 EXP) (LOEVY RATE) (MINI PRINTED ONLY) | 86 | 3.60 | 309.60 |
| EXHIBITS | 12 | 0.40 | 4.80 |
| E-TRANSCRIPT (CD & e-mailed on 1/17) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF TERRENCE J. SCHAFFNER | | | |
| TAKEN ON JANUARY 10, 2012 | | | |
| AT 33 NORTH DEARBORN, CHICAGO | | | |
| IN RE:   RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL. | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  CINDY TSAI/WANG | | | |

*Cindy
Is this ?
ok to pay A*

*1/19/12*

TAX ID NO.  43-2092858

**Total** $324.40

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/17/2012 |
|----------|-----------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|---|---|
| 1/19/2012 | 7077 |

| TERMS | |
|---|---|
| | Net 30 |

| Customer |
|---|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| Ship To |
|---|
| LOEVY & LOEVY<br>MS. ELIZABETH WANG<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE |
|---|
| FOX V. PETERS |

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|---|---|---|---|
| COPY OF TRANSCRIPT (3-5 EXP)(LOEVY RATE) mini printed | 99 | 3.25 | 321.75 |
| E-TRANSCRIPT (e-mailed on 1/18 & CD) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 10.00 | 10.00 |
| DEPOSITION OF KAREN FRYER | | | |
| TAKEN ON APRIL 15, 2011 | | | |
| IN RE:  RAY A. FOX, ET AL., | | | |
|            VS. | | | |
|        DR. CONSTANTINE PETERS, ET AL. | | | |
|        NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  G. DALL | | | |
| ATTORNEY:  ELIZABETH WANG/CINDY TSAI/STEVE ART | | | |

*Handwritten note: EW - Is this OK to pay?  yes*

TAX ID NO.  43-2092858

| | Total | $331.75 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 2/18/2012 |
|---|---|

# INVOICE





**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

Loevy & Loevy
312 N. May St.
Ste 100
Chicago, IL 60607

**Case Number:  09 C 5443**

Plaintiff:
**Fox**

Defendant:
**Peters**

Received: 1/20/2012    Served: 1/20/2012 1:10 pm  INDIVIDUAL/PERSONAL
To be served on: Nancy King

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 50.00 | 50.00 |
| Expedited Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $75.00 |
| **BALANCE DUE:** | | | **$75.00** |

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/20/2012

ANNE GOTTSCHALK
LOEVY & LOEVY
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

*OK to pay Re: Fox*

CASE#09C5443

| | | |
|---|---|---|
| WITNESS FEE FORWARDED | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

PATRICIA KILINSKY
20 N CLARK STREET
CHICAGO, IL. 60602

| | | |
|---|---|---|
| TOTAL DUE | $ | 125.00 |

*1/30/12*

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/20/2012

ANNE GOTTSCHALK
LOEVY & LOEVY
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5443

| | | |
|---|---|---|
| SKIP TRACE | $ | 75.00 |
| WITNESS FEE FORWARDED | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

NICOLE RODRIGUEZ
2073 ORCHARD LANE
CARPENTERSVILLE, IL. 60110

| | | |
|---|---|---|
| TOTAL DUE | $ | 200.00 |

*(handwritten: OK to pay Re: Fox)*

*(handwritten: 1/30/12)*

## PLEASE REMIT PAYMENT TO:

### PO BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/20/2012

ANNE GOTTSCHALK
LOEVY & LOEVY
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

*OK to pay*
*Re: Fox*
*ag*

## INVOICE

CASE#09C5443

| | | |
|---|---|---|
| WITNESS FEE FORWARDED | $ | 50.00 |
| PROCESS SERVICE | $ | 75.00 |

ROYCE BROWN-REED
4700 GILSON
PLAINFIELD, IL.

| | | |
|---|---|---|
| 16300 ROUTE 53 CREST HILL, IL | $ | 75.00 |
| TOTAL DUE | $ | 200.00 |

*1/30/12*

### PLEASE REMIT PAYMENT TO:

### PO BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/23/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

*1/30/12*

CASE#09C5443

PROCESS SERVICE

*ok to pay*
*Re: Fox*

PATRICIA KILINSKY
20 N CLARK #3600
CHCIAGO, IL. 60602

TOTAL DUE          $      75.00

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/23/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5453

PROCESS SERVICE

SALVADOR MARTINEZ
5255 S LINDER
CHICAGO, IL. 60638

TOTAL DUE          $     75.00

*ok to pay;*
*Re: Fox*
*ag*

*1/30/12*

## PLEASE REMIT PAYMENT TO:

## P O BOX 46335

## CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/23/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5453

PROCESS SERVICE

Arthur funk
1335 S PRAIRIE#403
CHICAGO, IL. 60605

TOTAL DUE            $      75.00

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/23/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5453

PROCESS SERVICE

MARY PURVIN
1238 HILLVIEW DR
LEMONT, IL. 60439

*1/30/12*

*Ok to pay*
*Re: Fox*

TOTAL DUE          $       75.00

## PLEASE REMIT PAYMENT TO:

### P O BOX 46335

### CHICAGO, IL. 60646

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20120019

**MAKE CHECKS PAYABLE TO:**

Michael I. Kanovitz
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

Phone: (312) 243-5900

Colleen M. Conway, CSR, CRR, RMR
Official Court Reporter
219 South Dearborn Street
Room 2524-A
Chicago, IL 60604

Phone: (312) 435-5594

colleen_conway@ilnd.uscourts.gov

1/26/12

| | CRIMINAL | X CIVIL | DATE ORDERED: 01-23-2012 | DATE DELIVERED: 01-25-2012 |

**Case Style:** 09 C 5453, Ray A. Fox v Wexford Health Source, et al.

1/20/12 transcript of Emergency Motion proceedings before Hon. James F. Holderman; T/O #7866 (Melinda Ek)

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 31 | 4.85 | 150.35 | | 0.90 | | | 0.60 | | 150.35 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 150.35 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $150.35 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Colleen M. Conway, OCR | DATE 01-25-2012 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com



Firefly Legal, Inc.
19150 south 88th ave   mokena, illinois  60448
office 708 326 1410   fax 708 478 5405
fireflylegal.com

lic # 117001465
FEIN # 36-4132096

**Bill To:**

Loevy & Loevy
312 N. May Street - Suite 100

Chicago Illinois 60607

## INVOICE

| Invoice | 483416 |
|---------|--------|
| Date | 2/22/2012 |
| Page | 1 |

| File/Case No. | Payment Terms | Ray Fox vs. Constantine Peters, et al. |
|---------------|---------------|----------------------------------------|
| 1LL021012  **09 CV 5453** | Net 30 | |

| Description | Amount |
|-------------|--------|
| Service of Process:Roger Walker<br>Letter and Subpoena in a Civil Matter NOT SERVED<br>Address: 910 Stevens Creek Circle ,Forsyth,Illinois 62535<br>INV003267355 | $70.00 |

Fox



| FEIN NO. 36-4132096 | | | TOTAL | $70.00 |
|---------------------|--|--|-------|--------|

Please remit payments to:
Firefly Legal, Inc..
19150 S. 88th Avenue
Mokena, IL 60448

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

17793

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

2/23/2012

PAY
TO THE
ORDER OF    State of Missouri

Nineteen and 00/100************************************************************

$ **19.00

State of Missouri

DOLLARS

MEMO

Fox

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

Security features. Details on back.

⑆017793⑆ ⑈071000013⑈ 1150004070 25⑈

FYI.
Please
return.

ST



# STATE OF WYOMING
## DEPARTMENT OF ADMINISTRATION
## AND INFORMATION
### Procurement Section

## INVOICE

March 1, 2012

Loevy & Loevy
Attorneys at Law
312 N. May Street, Suite 100
Chicago, IL 60607

*3/8/12*   *fax*

Dear Ms. Melinda Ek,

Please submit a check payable to the State of Wyoming in the amount of $60.30 for 603 copies at .10 per page for information relevant to your request dated February 13, 2012 for documents specific to Wexford Health Sources. The attached documentation and the documents I emailed to you on February 28th, is the only documentation applicable in regards to timeframe you requested.

Please send to:

The State of Wyoming
Procurement Section
700 West 21st Street
Cheyenne WY 82002

*Andy—*
*Can you cut a check*
*to State of Wyoming for*
*$60.30 — This is for*
*fax.*

Thank you
Angela Morson

*☺*

*Melinda*

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

17899

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois
2-1-710

3/14/2012

PAY
TO THE
ORDER OF    Illinois Department of Corrections

$    **36.75

Thirty-Six and 75/100********************************************************************************************* DOLLARS

Illinois Department of Corrections

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO    Fox

⑆017899⑆ ⑆071000013⑆ ⑆⑆5000407025⑆

Security features. Details on back. ⑃

Andy -
Can you cut a
Check to IDOC
for $36.75 -
This is for Fox.

Thanks!
Melinda

 ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

Toll Free (888) 486-4044
Fax (856) 437-5009

*Invoice # CSD365508*

STEVEN ART ,ESQ.
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

| | |
|---|---|
| **Invoice Date** | 04/12/2012 |
| **Terms** | NET 30 |
| **Payment Due** | 05/12/2012 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/23/2012 | FOX vs. GHOSH | 324066 | 04/12/2012 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 03/23/2012, MICHAEL GOLDMAN (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 294.00 |
| EXHIBITS | $ 0.45 |
| | $ 294.45 |

*Steve — Is this ok to pay? AS*

*PAY IT ,SA*

*EMAIL ONLY*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/27/2012** | **$ 294.45** |
| Amount Due After 05/27/2012 | $ 323.90 |

Tax Number: 45-3463120

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



4/16/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

PROCESS SERVICE

IVETTA SANGSTER            $      75.00
1250 LEON WAY #5
BOURBONNAIS, IL.

WITNESS FEE               $      50.00

*$125.00*  AT-
ok to pay Re: fox

Ag subpoena

4/19/12

**PLEASE REMIT PAYMENT TO:**
**P O BOX 46335**
**CHICAGO, IL. 60646**

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 6/20/2012 | 7371 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

## Ship To

LOEVY & LOEVY
MS. ELIZABETH WANG
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

## CASE

FOX V. PETERS

## YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT ORDERED) | 2.5 | 75.00 | 187.50 |
| DEPOSITION OF WILLIAM CULVER | | | |
| TAKEN ON MAY 30, 2012 | | | |
| AT 312 NORTH MAY STREET, CHICAGO | | | |
| ORIGINAL TRANSCRIPT REGULAR DELIVERY | 85 | 3.00 | 255.00 |
| (LOEVY RATE) (MINI PRINTED ONLY) | | | |
| E-TRANSCRIPT (e-mailed on 6-20 & CD) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 20.00 | 20.00 |
| EXHIBITS | 9 | 0.40 | 3.60 |
| IN RE:  RAY A. FOX, | | | |
|          VS. | | | |
|      DR. CONSTANTINE PETERS, ET AL. | | | |
|      NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. SIEBERT-LAMONICA | | | |
| ATTORNEY:  ELIZABETH WANG | | | |

*GW — Is this ? yes ok to pay AT*

*6/27/12*

TAX ID NO.  43-2092858

**Total** $466.10

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 7/20/2012 |
|----------|-----------|

**18537**

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

7/24/2012

PAY
TO THE
ORDER OF     Arthur Funk

$     **40.00

Forty and 00/100**************************************************************************************     DOLLARS

Arthur Funk

VOID AFTER 160 DAYS

MEMO     Witness fee--Fox

AUTHORIZED SIGNATURE

⑈018537⑈ ⑆071000013⑈ 111500040 7025⑈

*TL— FYI, Please return. A*

---

**18536**

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

7/24/2012

PAY
TO THE
ORDER OF     Cathy Moynihan

$     **40.00

Forty and 00/100**************************************************************************************     DOLLARS

Cathy Moynihan

VOID AFTER 160 DAYS

MEMO     Witness fee--Fox

AUTHORIZED SIGNATURE

⑈018536⑈ ⑆071000013⑈ 111500040 7025⑈

---

**18539**

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

2-1-710

7/24/2012

PAY
TO THE
ORDER OF     Joey Owens

$     **40.00

Forty and 00/100**************************************************************************************     DOLLARS

Joey Owens

VOID AFTER 160 DAYS

MEMO     Witness fee--Fox

AUTHORIZED SIGNATURE

⑈018539⑈ ⑆071000013⑈ 111500040 7025⑈


| My Accounts | Payments & Transfers | Investing | Products & Services | Customer Center |

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**

▶ See Account Statements

**BUSINESSPLUS EXTRA (...7025)**

| Check Number: 18533 | Post Date: 07/30/2012 | Amount of Check: $25.50 |

**Front** 🔍 Enlarge/Reduce Check Image

18533

LOEVY & LOEVY
ATTORNEYS AT LAW

J.P.Morgan

7/24/2012

PAY TO THE ORDER OF   Carolyn Cox                    $ **25.50

Twenty-Five and 50/100***                           DOLLARS

Carolyn Cox
US District Court
219 S. Dearborn, #1420
Chicago, IL 60604

MEMO   Johnson v. Aguinaldo, et al 4/25/11 proceedings trans (4v1s)

Need help printing or saving this check?

**Back** 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO:  20120141

**MAKE CHECKS PAYABLE TO:**

Steven E. Art
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

Phone:    (312) 243-5900

Colleen M. Conway, CSR, CRR,RMR
Official Court Reporter
219 South Dearborn Street
Room 2524-A
Chicago, IL 60604

Phone:        (312) 435-5594

colleen_conway@ilnd.uscourts.gov

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 07-25-2012 | DATE DELIVERED: 07-25-2012 |
|---|---|---|

**Case Style:** 09 C 5453, Ray A. Fox v Dr. Constantine Peters, et al.

3/29/12 transcript of proceedings before Hon. James F. Holderman; T/O #9650 (Eva Nagao)

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 5 | 7.25 | 36.25 | | 1.20 | | | 0.90 | | 36.25 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 36.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $36.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: */s/ Colleen M. Conway, OCR* | DATE 07-25-2012 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



7/25/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY STREET, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE# 09-CV-5453

PROCESS SERVICE      $     75.00

JORGE ASCONAPE
2160 S FIRST, 2700
MAYWOOD, IL. 60153

ADVANCED WITNESS FEE    $     40.00

TOTAL DUE       $    115.00

*OK to pay Re: Fox*

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

7/25/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY STREET
CHICAGO, IL. 60607

7/3/12

## INVOICE

OK
to pay
Re: Fox

CASE# 09CV5453

PROCESS SERVICE

| | | |
|---|---|---|
| DR MATTHEW NITSCHE<br>333 MADISON ST<br>JOLIET, IL. 60435 | $ | 75.00 |
| DR. ZIAD ALNADIJM<br>1890 SILVERCROSS BLVD# 350<br>NEW LENOX, IL. 60451 | $ | 75.00 |
| EVERETT GREEN<br>7029 S DANTE APT 1<br>CHICAGO, IL. 60637 | $ | 75.00 |
| ADVANCE WITNESS FEES | $ | 120.00 |
| TOTAL DUE | $ | 345.00 |

PLEASE REMIT PAYMENT TO:
L BIELA & ASSOCIATES DETECTIVES, LTD
P O BOX 46335, CHICAGO, IL. 60646

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



7/26/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE

| | | |
|---|---|---|
| NICOLE RODRIGUEZ<br>3513 SILVER LEAF DR<br>JOLIET, IL. 60431 | $ | 75.00 |
| ADVANCE WITNESS FEE | $ | 40.00 |
| TOTAL DUE | $ | 115.00 |

PLEASE REMIT PAYMENT TO:
L BIELA & ASSOCIATES DETECTIVES, LTD
P O BOX 46335, CHICAGO, IL. 60646

CHECKS CASHED · CAMBIAMOS CHEQUES
FREE MONEY ORDERS · ALL BILLS PAID
VISA® PREPAID DEBIT CARDS

70-118
710



570 W. ROOSEVELT RD. - CHICAGO, IL 60607
**TO VERIFY - CALL (312) 360-0904**

**Open 24 Hours - We Never Close**
**Ablerto 24 Horas - Nunca Cerramos**

REPUBLIC BANK
OAK BROOK, ILLINOIS

**CC078**

078049018

7/26/2012

TG  78049018

REMITER

PAY TO THE
ORDER OF   Robert L. Ferguson

$40.00*****

*******FORTY AND 00/100 U.S. Dollars*******



**NOTICE TO HOLDER:** DRAWEE NOT LIABLE ON STOP PAYMENT.
• NO REPLACEMENT FOR 30 DAYS FROM PURCHASE. RE-ISSUE FEE APPLIES.
• PURCHASER AGREES TO INSERT NAME OF PAYEE AND IS SOLELY RESPONSIBLE FOR FAILURE TO DO SO.
**NO REFUND WITHOUT YELLOW RECEIPT**

**NON-NEGOTIABLE**

STATE
REGULATED

Fox witness fee



LOEVY & LOEVY
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

18556

J.P.Morgan
JPMorgan Chase Bank, N.A.
Chicago, Illinois
2-1-710

7/30/2012

PAY
TO THE
ORDER OF     Tricia Fox

$  **43.33

Forty-Three and 33/100************************************************** DOLLARS

Tricia Fox

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO     Witness fee—Fox

⑆0⑈18556⑈ ⑆071000013⑆ ⑈1115000407025⑈

Dr. FW. Please return. [signature]



LOEVY & LOEVY
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

18557

J.P.Morgan
JPMorgan Chase Bank, N.A.
Chicago, Illinois
2-1-710

7/30/2012

PAY
TO THE
ORDER OF     Sylvester Fox

$  **43.33

Forty-Three and 33/100************************************************** DOLLARS

Sylvester Fox

VOID AFTER 160 DAYS

AUTHORIZED SIGNATURE

MEMO     Witness fee—Fox

⑆0⑈18557⑈ ⑆071000013⑆ ⑈1115000407025⑈

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



8/2/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY ST #100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE

Fox

Ok to pay said AG.

ELDRIDGE WARD
1458 S CANAL
CHICAGO, IL. 60616

TOTAL DUE          $     75.00

*For copies*
*Reim Megan*

THE HONORABLE DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
COOK COUNTY, IL

DATE: 8/3/2012  TIME: 1:03PM
TN: 0854-0001  RN: 00062021
DIST: 01 DIV: Criminal
CRM1-071 CASHIER: 00BBIK        CR#: 069

ATTORNEY NO: 046000

REF CASE NO: 0/cr0588901
REF OTHER:

CASE TOTAL: $23.75
Copy Fee                         $23.75
CASH                             $23.80
CHANGE                           $0.05

RECEIPT 0001 OF 0001
TRANSACTION TOTAL:               $23.75

              THANK YOU

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20120364

**MAKE CHECKS PAYABLE TO:**

Elizabeth Wang
Loevy & Loevy
312 North May Street
Chicago, IL 60607

Phone: (312) 243-5900

Nancy C. LaBella, RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1222
Chicago, IL 60604

Phone: (312) 435-6890

Tax ID: 26-1358136
Nancy_LaBella@ilnd.uscourts.gov

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 07-12-2012 | DATE DELIVERED: 08-03-2012 |
|---|---|---|

**Case Style:** 08 C 3074, Gevas v McCann
Excerpt of Trial Proceedings before the Honorable Ronald A. Guzman on 7/6/11.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 5 | 3.65 | 18.25 | | | | | | | 18.25 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 18.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $18.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Nancy C. LaBella | DATE 08-03-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

8/4/2012

LOEVY & LOEVY
ANNE GOTTSCHALK
312 N MAY STREET, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE#09CV5453

PROCESS SERVICE             $      75.00

NANCY KING
1301 CONCORDIA
SPRINGFIELD, IL. 62794

FORWARD WITNESS FEE         $      40.00

TOTAL DUE                   $     115.00

*8/16/12*

*OK to pay*
*Re: Fox*

**PLEASE REMIT PAYMENT TO:**
**L BIELA & ASSOCIATES DETECTIVES, LTD**
**P O BOX 46335, CHICAGO, IL. 60646**





Loevy & Loevy
312 N. May St.
Ste 100
Chicago, IL 60607

**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

**Case Number:  09CV5453**

Plaintiff:
**Ray A. Fox**

Defendant:
**Peters, et al.**

Received: 7/31/2012    Served: 8/8/2012 12:43 pm  SUBSTITUTE - RESIDENTIAL MAIL
To be served on: Robert L. Ferguson

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 95.00 | 95.00 |
| TOTAL CHARGED: | | | $95.00 |

**BALANCE DUE:**                                                                                      **$95.00**

**Comments pertaining to this Invoice:**
08/08/2012 12:43 pm    Served papers to Terry Wade, Inmate Counselor for Robert Ferguson, per prison
                                    policies.

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

Mort Smith
PO Box 6802
Broadview IL 60155
708/612-9722
Tax ID 36-3800809

# Invoice

| Number | 1053 |
|--------|------|
| Date | 9/12/2012 |

## Bill To

Cindy Tsai
Law Office of Loevy and Loevy
312 N May Street
Suite 100
Chicago, IL, 60607
USA

## Project

Ray Fox

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 07/25/12 | Attempted to locate jose Sotelo 7130 Windsor, Berwyn. Met with his brother. He was asleep. Waited at a nearby restaurant. Returned to the Sotelo home. Interviewed and subpoenaed him. Scheduled follow up meeting for 7/29/12 | 3.75 | $100.00 | $375.00 |
| 07/27/12 | Located and served Joey Owens at 303 Stone, Joliet. | 0.75 | $100.00 | $75.00 |
| 7/29/12 | Returned to 7130 Windsor. Met with Sotelo along with Attys, Elliot, and interpreter. | 2.5 | $100.00 | $250.00 |
| 09/11/12 | Drove to 706 N. Lamon. Located Eldridge Ward. | 1.75 | $100.00 | $175.00 |

*9/18/12* *Ray fox ok to pay ct*

| Amount Paid | $0.00 | Sub Total | $875.00 |
|-------------|-------|-----------|---------|
| Amount Due | $875.00 | Total | $875.00 |

# *Skutas Ltd.*

### *Legal Video & Media Productions*

# INVOICE

Lovey & Lovey
312 N. May Street
Suite 100
Chicago, Il. 60607
Attn: Anand Swaminathan

| Date | Invoice # | P.O.# | Terms |
|------|-----------|-------|-------|
| 9/19/2012 | 12121 | Verbal | Net 15 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 9-18-12 Video depositions of Dr. Matthew Nitsche & Nicole (Rodriquez) Silva | | | |
| Fox vs. Peters, et al | | | |
| Case# 09 C 5453 | | | |
| Taking attorney: Anand Swaminathan | | | |
| | | | |
| Deposition of Dr. Nitsche | | | |
| Equipment set up & test | 1 | 75.00 | 75.00 |
| Deposition fee $150.00 hour @ 2 hour minimum | 1 | 300.00 | 300.00 |
| | | | |
| Deposition of Nichole Silva | | | |
| Deposition fee $150.00 hour @ 2 hour minimum | 1 | 300.00 | 300.00 |

**Media on file**

*(handwritten notes: Anand— Is this ok + pay? OK-AS  Need EIN  36- 4396 200  9/20/12)*

**Balance Due**    $675.00

Skutas, Ltd.
215 Second St. • Downers Grove, IL 60515
630.964.9595 • FAX 630.964.3535

**LOEVY & LOEVY**
ATTORNEYS AT LAW
(312) 243-5900
312 N. MAY STREET, SUITE 100
CHICAGO, IL 60607

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Chicago, Illinois

18840

2-1-710

9/24/2012

PAY
TO THE
ORDER OF     Rachel Ciccia

$     **58.55

Fifty-Eight and 55/100*********************************************************************************************     DOLLARS

Rachel Ciccia

VOID AFTER 160 DAYS

MEMO     Fox     transcript

AUTHORIZED SIGNATURE

⑈018840⑈ ⑈071000013⑈ 111500040702 51⑈

# George E. Rydman & Assoc. Ltd.

Court Reporters and Video
15 W. Jefferson St.
Joliet, Illinois 60432

815-727-4363          800-608-5523          Fax 815-727-7186          Fed ID. 36-3303806

ANAND SWAMINATHAN
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL  60607

| Invoice Date | |
|---|---|
| **10/2/2012** | 11/16/201 |

| Invoice Number | |
|---|---|
| **11840** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Ray Fox v. Dr. Constantine Peters    09 C 5453 / COHN / 7871 | |
| | *** 30 days past due *** | |
| | VIDEOTAPED DEPOSITION OF DR. MATTHEW NITSCHE and NICOLE SILVA, 136 Pages | |
| 9/18/2012 | REPORTER ATTENDANCE FEE | $132.00 |
| | ORIGINAL TRANSCRIPT | $492.80 |

| Total Balance Due | **$624.80** |
|---|---|

*Skutas Ltd.*

*Legal Video & Media Productions*

# INVOICE

Lovey & Lovey
312 N. May Street
Suite 100
Chicago, Il. 60607
Attn: Anand Swaminathan

| Date | Invoice # | P.O.# | Terms |
|---|---|---|---|
| 10/8/2012 | 12131 | Verbal | Net 15 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 9-18-2012 Video deposition of Nichole Silva | | | |
| Fox vs. Dr. Peters, et al. | | | |
| Case# 09 C 5453 | | | |
| Taking attorney:  Awand Swanimathan | | | |
| | | | |
| Capture video/transcode @ per hour | 1 | 30.00 | 30.00 |
| Trans/Sync for trial director of Nichole Silva (53 minutes) | 1 | 125.00 | 125.00 |

OK - AS
Fox

**Balance Due**    $155.00

Skutas, Ltd.
215 Second St. • Downers Grove, IL 60515
630.964.9595 • FAX 630.964.3535

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 10/21/2012 | 7570 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MR. STEVE ART
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

## Ship To

LOEVY & LOEVY
MR. STEVE ART
312 NORTH MAY ST, SUITE 100
CHICAGO, IL  60607

## CASE

FOX V. PETERS

## YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT ORDERED) | 2.5 | 75.00 | 187.50 |
| DEPOSITION OF SALVADOR MARTINEZ (VIDEO) | | | |
| TAKEN ON OCTOBER 18, 2012 | | | |
| AT 312 NORTH MAY STREET, CHICAGO | | | |
| ORIGINAL TRANSCRIPT (24-48) (LOEVY RATE) | 43 | 5.20 | 223.60 |
| E-TRANSCRIPT (e-mailed on 10/19 & CD/PDF) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 20.00 | 20.00 |
| IN RE:  RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  C. VITOSH | | | |
| ATTORNEY:  STEVE ART/MICK KANOVITZ | | | |

*Steve*
*Is this de*
*to pay?*
*Yes he said*

TAX ID NO.  43-2092858

**Total** $431.10

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 11/20/2012 |
|----------|------------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 10/21/2012 | 7575 |

| TERMS | Net 30 |
|-------|--------|

**Customer**

LOEVY & LOEVY
MR. ANAND SWAMINATHAN
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

Ship To

LOEVY & LOEVY
MR. ANAND SWAMINATHAN
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

**CASE**

FOX V. PETERS

**YOUR FILE NO.**

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT NOT ORDERED) DEPOSITION OF DR. LAURA PEDELTY (VIDEO) ON OCTOBER 19, 2012 AT 312 NORTH MAY, CHICAGO IN RE:   RAY A. FOX, ET AL.            VS.         DR. CONSTANTINE PETERS, ET AL.         NO. 09 C 5453

REPORTER:  GAY DALL
ATTORNEY:  ANAND SWAMINATHAN | 4 | 75.00 | 300.00 |

TAX ID NO.  43-2092858

| | | | Total | $300.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 11/20/2012 |
|----------|------------|

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 10/21/2012 | 7576 |

| TERMS | Net 30 |
|-------|--------|

## Customer

LOEVY & LOEVY
MR. STEVE ART
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

### Ship To

LOEVY & LOEVY
MR. STEVE ART
312 NORTH MAY ST, SUITE 100
CHICAGO, IL 60607

## CASE

FOX V. PETERS

## YOUR FILE NO.

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| ATTENDANCE (TRANSCRIPT ORDERED) DEPOSITION OF J. PRESTON HARLEY, PhD. (VIDEO) TAKEN ON OCTOBER 19, 2012 AT 312 NORTH MAY STREET, CHICAGO | 2.5 | 75.00 | 187.50 |
| ORIGINAL TRANSCRIPT (24-48 DELIVERY) (LOEVY RATE) (MINI PRINTED ONLY) | 55 | 5.20 | 286.00 |
| E-TRANSCRIPT (e-mailed on 10-20 & CD/e-trans/PDF) | | 0.00 | 0.00 |
| EXHIBITS | 1 | 0.40 | 0.40 |
| DELIVERY, HANDLING | | 20.00 | 20.00 |
| IN RE:  RAY A. FOX, ET AL., | | | |
|         VS. | | | |
|    DR. CONSTANTINE PETERS, ET AL., | | | |
|    NO. 09 C 5453 | | | |
| | | | |
| REPORTER:  J. GIAMARUSTI | | | |
| ATTORNEY:   STEVE ART/ARTHUR LOEVY/ | | | |
|             ANAND SWAMINATHAN | | | |

TAX ID NO.  43-2092858

| **Total** | $493.90 |
|-----------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 11/20/2012 |
|----------|------------|

LeAnn M. Hibler
d/b/a LMH Certified Reporting
3013 Harris Drive
Joliet, IL 60431

**Phone # (815) 436-9017**



# Invoice

**Invoice #:** 270
**Invoice Date:** 10/22/2012
**Due Date:** 10/22/2012

**Bill To:**

Loevy & Loevy
Mr. Michael Kanovitz
312 N. May Street, Suite 100
Chicago, IL 60607

| Case Name & No. | Deponent | Description | Hrs/Pgs | Rate | Amount |
|---|---|---|---|---|---|
| Gevas vs Borkowski, et. al. #08 CV 3074 | Michael Borkowski 10-28-09 - backwrite | Transcript - copy - 2-day delivery | 30 | 3.12 | 93.60 |

| | |
|---|---|
| **Total** | $93.60 |

Please make payment to "LMH Certified Reporting."

| | |
|---|---|
| **Balance Due** | $93.60 |

# Rick Kosberg
*Legal Videographer*

**3600 Lake Shore Drive #1507**
**Chicago IL 60613**
**Phone (312) 952-8100 Fax (312) 873-4599**

TO:
**Andy Thayer**
Loevy and Loevy
312 N May St
Chicago, IL, 60607

# INVOICE



**INVOICE #3050**
**DATE: OCT 22ND, 2012**

| DESCRIPTION | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8-28-12 Lucy Davis — | Cage | 09-CV 3078 | 5-8 | $500 | $500 |
| 10-5-12 Marjorie Clauson - Awalt v Marketti | 11-C 6142 | | 5 | $500 | $500 |
| 10-11-12 William Brogan — Booker | 11-732 | | 5 | $500 | $500 |
| 10-18-12 Salvadore Martinez - Fox | 09-C- 5453 | | 3 | $300 | $300 |
| 10-19-12 J. Preston Harley - Fox | same | | 3 | $300 | $300 |
| 10-19-12 Laura Pedalty - Fox | same | | 3 | $300 | $300 |
| **Please make check payable to: Richard Kosberg** **Thanks.** | | | | | |
| | | | | **TOTAL** | **$2400** |

Steve —
Is this ok to pay?

Yes he said

10/27/12

**LOEVY & LOEVY**
312 N MAY ST
CHICAGO, IL 60607

1469

2-1/710

DATE Oct. 25, 2012

PAY TO THE
ORDER OF Nancy C. La Belle                     $ 200 xx

Two hundred and xx/100                                    DOLLARS

**CHASE** ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Fox transcript

⑆071000013⑆ 450004070 25⑈ 1469

 **ESQUIRE**

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

MICHAEL KANOVITZ ,ESQ.
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

## *Invoice # EQ420802*

| Invoice Date | 10/26/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/25/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/23/2012 | FOX vs. PETERS | 381137 | 10/25/2012 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 10/23/2012, JORGE ASCONAPE (MAYWOOD, IL) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 759.85 |
| EXHIBITS | $ 21.60 |
| HANDLING FEE | $ 30.00 |
| | $ 811.45 |

*EMAILED*

| | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 0.00 |
| **Amount Due On/Before 12/10/2012** | | **$ 811.45** |
| Amount Due After 12/10/2012 | | $ 892.60 |

Tax Number:   45-3463120

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



10/31/2012

LOEVY & LOEVY
JOHN DARRAGH
312 N MAY STREET, SUITE 100
CHICAGO, IL. 60607

## INVOICE



CASE# 09C5453

PROCESS SERVICE / RUSH

IVETTA SANGSTER

1250 LEON WAY
BOURBONAIS, ILLINOIS



TOTAL DUE               $      100.00

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20120394

**MAKE CHECKS PAYABLE TO:**

Michael Kanovitz
Loevy & Loevy
312 North May Street
Chicago, IL 60607

Phone: (312) 243-5900

*Fox*

Nancy C. LaBella, RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1222
Chicago, IL 60604

Phone: (312) 435-6890

Tax ID: 26-1358136
Nancy_LaBella@ilnd.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-25-2012 | DATE DELIVERED: 10-31-2012 |

**Case Style:** 08 C 3074, Gevas v McCann
Transcripts of Proceedings before the Honorable Ronald A. Guzman on
7/8/11, Borkowski testimony a.m., 16 pages; 7/8/11, Borkowski testimony
p.m., 27 pages.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 43 | 4.85 | 208.55 | | | | | | | 208.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 208.55 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | 200.00 |
| TOTAL REFUND: | |
| TOTAL DUE: | $8.55 |

**Check No:** 1469     **Deposit Date:** 10-31-2012

11/28/12

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: */s/ Nancy C. LaBella* | DATE 10-31-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

**Brandywine Process Servers, Ltd.**
P.O. Box 1360
Wilmington, DE 19899
302-475-2600    Tax ID  51-0267938

# Invoice

Number:    106014

Date:    November 06, 2012

Bill To:

LOEVY & LOEVY
312 N. MAY STREET  STE. 100
CHICAGO,  IL  60607

Ship To:

| Date | CASE | Amount |
|------|------|--------|
| 11/6/12 | RAY A. FOX     V    WEXFORD HEALTH<br>ADMIRAL INSURANCE CO  (GARNISHMENT) | 59.00 |

**DUE $59.00**

**ATTN:  MEGAN RIORDAN**

*Megan
is this?
ok to pay? Yes she said*

*12/4/12*

| | Total | $59.00 |
|--|-------|--------|

**TERMS: PAYMENT DUE WITHIN 20 DAYS**

# MERRILL CORPORATION

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14151133 | 11/29/2012 | 1401-205770 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/07/2012 | WELLTE | 09C543 |

| CASE CAPTION |
|---|
| Fox vs. Peters, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Cindy Tsai
Loevy and Loevy
312 North May Street
Suite 100
Chicago, IL 60607

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
```
    Eldridge Ward                   42 Pages @      3.75/Page        157.50
          ATTENDANCE            2.50 Hours                           125.00
          Cab                                                         19.60
          NEGOTIATED DISCOUNT                                        -28.25
                                              _____
                                   TOTAL   DUE  >>>>            273.85
```

Thank You.  We Appreciate Your Business.

TAX ID NO. :  20-2665382                      (312) 243-5900

*Please detach bottom portion and return with payment.*

# Rick Kosberg

*Legal Videographer*

**3600 Lake Shore Dr, #1507**
**Chicago IL 60613**
**Phone (312) 952-8100  Fax (312) 873-4599**

TO:
Andy Thayer
Loevy and Loevy
312 N May St
Chicago, IL, 60607

# INVOICE



INVOICE #3051
DATE: DECEMBER 5, 2012

| Deponent | Description | Case | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Harley | Sync | Fox 09 C 5453 | | $200 | $200 |
| - Rush | | | | $150 | $150 |
| Martinez | Sync | | | $200 | $200 |
| - Rush | | | | $150 | $150 |
| Ward | Deposition | | under 3 | $300 | $300 |
| Ward | Disc | | | $100 | $100 |
| - Rush | | | | $150 | $150 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total: | $1,250 |
| | | | | | |

*Steve —*
*Is this ok*
*to pay* JS

ANDY — ASK CINDY
ABOUT THESE "SYNC"
CHARGES
— SA

OK to pay

1/7/13

# Siebert & Associates Court Reporters, Inc.

3768 N. Oleander Ave.
Chicago, IL 60634-3210

| Date | Invoice # |
|------|-----------|
| 12/30/2012 | 7660 |

| TERMS | |
|-------|--|
| | Net 30 |

| Customer | Ship To |
|----------|---------|
| LOEVY & LOEVY<br>MR. ANAND SWAMINATHAN<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 | LOEVY & LOEVY<br>MR. ANAND SWAMINATHAN<br>312 NORTH MAY ST, SUITE 100<br>CHICAGO, IL 60607 |

| CASE | YOUR FILE NO. |
|------|---------------|
| FOX V. PETERS | |

| JOB DESCRIPTION | HRS & PGS | RATE | AMOUNT |
|-----------------|-----------|------|--------|
| COPY OF TRANSCRIPT REGULAR DELIVERY (LOEVY RATE) (MINI PRINTED ONLY) | 74 | 2.00 | 148.00 |
| E-TRANSCRIPT (e-mailed on 12/23 & CD) | | 0.00 | 0.00 |
| DELIVERY, HANDLING | | 20.00 | 20.00 |
| DEPOSITION OF LAURA PEDELTY, M.D. | | | |
| TAKEN ON OCTOBER 19, 2012 | | | |
| AT 312 NORTH MAY, CHICAGO | | | |
| IN RE: RAY A. FOX, ET AL., | | | |
| VS. | | | |
| DR. CONSTANTINE PETERS, ET AL., | | | |
| NO. 09 C 5453 | | | |
| | | | |
| REPORTER: G. DALL | | | |
| ATTORNEY: ANANED SWAMINATHAN | | | |

TAX ID NO. 43-2092858

| Total | $168.00 |
|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 773-851-7779 | 773-625-7254 | cmsreporters@comcast.net |

| DUE DATE | 1/29/2013 |
|----------|-----------|

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com

1/5/2013

LOEVY & LOEVY
JOHN DARRAGH
312 N MAY ST#100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5453

RUSH PROCESS SERVICE

IVETTA SANGSTER
1250 LEON WAY#5
BOURBONAIS, IL. 60914



1/16/13

TOTAL DUE $ 100.00

Fox

ok topay

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 492264 | 1/7/2013 | 449412 |

| Job Date | Case No. |
|---|---|
| 10/19/2012 | 09 C 5453 |

| Case Name |
|---|
| Fox vs. Peters |

| Payment Terms |
|---|
| Net 30 |

Anand Swaminathan
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

COPY OF TRANSCRIPT IN E-TRAN FORMAT OF:

Laura Pedelty, M.D.

81.00 Pages      @      2.35      190.35

TOTAL DUE  >>>                    $190.35

Etran sent via e-mail on 1-3-13.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**Tax ID:** 362799976

 ESQUIRE

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

J.D. DARRAGH
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

 ESQUIRE
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## *Invoice # EQ438739*

| Invoice Date | 01/08/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 02/07/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/23/2012 | FOX vs. PETERS | 381137 | 01/07/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/23/2012, JORGE ASCONAPE (MAYWOOD, IL) | |
| VIDEO | $ 319.00 |
| | $ 319.00 |
| DELIVERY | $ 8.00 |
| | $ 8.00 |

*JD—
is this ok
to pay? AS*

***VIDEO BACKORDER ONLY****

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/22/2013** | **$ 327.00** |
| Amount Due After 02/22/2013 | $ 359.70 |

Tax Number:   45-3463120

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/8/2012

LOEVY & LOEVY
JOHN DARRAGH
312 N MAY ST. #100
CHICAGO, IL. 60607

## INVOICE

CASE#09C5453

PROCESS SERVICE
RUSH SERVICE OUTSIDE AGENCY

TERRY MCCANN
102 ELI
GOREVILLE, IL. 62939

TOTAL DUE                 $      125.00

1/16/13

**PLEASE REMIT PAYMENT TO:**
**L BIELA & ASSOCIATES DETECTIVES, LTD**
**P O BOX 46335, CHICAGO, IL. 60646**

# *Skutas Ltd.*

## *Legal Video & Media Productions*

# INVOICE

Lovey & Lovey
312 N. May Street
Suite 100
Chicago, Il. 60607
Attn: Cindy Tsai

| | Date | Invoice # | P.O.# | Terms |
|---|---|---|---|---|
| | 1/8/2013 | 13001 | Verbal | Net 15 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 1-8-13 Video of Dr. Matthew Nitsche | | | |
| Fox vs. Peter et al | | | |
| Case# 09 C 5453 | | | |
| Ordered by Cindy Tsai | | | |
| | | | |
| DVD production $85.00 hour | 1 | 85.00 | 85.00 |
| Rush/Expedite Fees 50% | 1 | 42.50 | 42.50 |
| Packaging & FedEx delivery service | 1 | 28.00 | 28.00 |

*[handwritten notes: CT— , Fox, Is this ok to pay?, OK CT, NP4, 1/23/13]*

**Balance Due**          $155.50

Skutas, Ltd.
215 Second St. • Downers Grove, IL 60515
630.964.9595 • FAX 630.964.3535



# JPMorganChase ⬡

JPMORGAN CHASE BANK NA
PO BOX 15918
MAIL SUITE DE1-1404
WILMINGTON DE 19850

| | |
|---|---|
| **ACCOUNT NUMBER** | |
| **STATEMENT DATE** | 01-20-13 |
| **NET CHARGES** | $1,841.28 |

MELINDA EK
LOEVY & LOEVY
312 N MAY ST
SUITE 100
CHICAGO IL 60607-1237

**T0002806

---

FOR RECONCILIATION PURPOSES ONLY. DO NOT SEND PAYMENT.

---

NAME: MELINDA EK                    CYCLE LIMIT: $2,500

ACCOUNTING CODE:

## CARDHOLDER ACTIVITY

### Purchasing Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 01-07 | 01-05 | 55429503006849423558612 | GRUBHUB FOOD ORDER 8775857878 IL | 67.14 |
| 01-11 | 01-10 | 55436873010160104922404 | INTL ASSN REHAB PROFES 847-6576964 IL  *Fox* ✓<br>P.O.S.: P2122723699   SALES TAX: 0.00 | 25.00 |
| 01-16 | 01-15 | 25536063016101042037552 | NEBRASKA COURT SYS LINCOLN NE<br>P.O.S.: 0001301154470482   SALES TAX: 0.00 | 15.00 |
| 01-16 | 01-15 | 55429503015849995628842 | PAYPAL *DIRECTPROCE 4029357733 CA | 130.00 |
| | | | **Total Purchasing Activity** | **237.14** |

| FOR CUSTOMER SERVICE CALL:<br>1-800-316-6056<br><br>FOR LOST/STOLEN CARDS CALL:<br>1-800-316-6056 | ACCOUNT NUMBER<br><br><br>STATEMENT DATE:<br>01/20/13 | ACCOUNT SUMMARY | |
|---|---|---|---|
| | | PURCHASES &<br>OTHER CHARGES | 1,841.28 |
| | | CASH ADVANCES | .00 |
| | | CREDITS | .00 |
| | | CASH ADVANCE FEE | .00 |
| SEND BILLING INQUIRIES TO:<br><br>JPMORGAN CHASE BANK NA<br>COMMERCIAL CARD SOLUTIONS<br>P.O. BOX 2015<br>MAIL SUITE IL1-6225<br>ELGIN, IL 60121 | | **NET CHARGES** | **$1,841.28** |
| | | DISPUTE AMOUNT | .00 |



ESQUIRE

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

CINDY TSAI ,ESQ.
LOEVY & LOEVY
SUITE 100
312 NORTH MAY STREET
CHICAGO, IL 60607

## Invoice # EQ439576

| | |
|---|---|
| Invoice Date | 01/11/2013 |
| Terms | NET 30 |
| Payment Due | 02/10/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/23/2012 | FOX vs. PETERS | 381137 | 01/10/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/23/2012, JORGE ASCONAPE (MAYWOOD, IL) | |
| VIDEO | $ 620.00 |
| | $ 620.00 |
| DELIVERY | $ 8.00 |
| | $ 8.00 |



*RUSH VIDEO EDIT*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/25/2013** | **$ 628.00** |
| Amount Due After 02/25/2013 | $ 690.80 |

Tax Number:   45-3463120

# L Biela & Associates Detectives, Ltd

POST OFFICE BOX 46335
Chicago, IL. 60646
WWW.PRIVATEDETECTIVECHICAGO.NET
TAX ID 203939228

City 312-243-4030
Fax 312-827-9590
Email: larry@bielapi.com



1/11/2013

LOEVY & LOEVY
JOHN DARRAGH
312 N MAY ST, SUITE 100
CHICAGO, IL. 60607

## INVOICE

CASE# 095453

PROCESS SERVICE

| | | |
|---|---|---|
| KENNETH NEUMANN<br>311 W SUPERIOR#215<br>CHICAGO, IL. 60654 | $ | 75.00 |
| REBECCA BUSCH<br>580 OAKMONT LANE<br>WESTMONT, IL. 60559 | $ | 75.00 |
| TOTAL DUE | $ | 150.00 |

PLEASE REMIT PAYMENT TO:
L BIELA & ASSOCIATES DETECTIVES, LTD
P O BOX 46335, CHICAGO, IL. 60646

Marlo Reporting & Video Services, Inc.
39 S. LaSalle Street, Suite 404
Chicago. IL 60603

*New Address*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/11/2013 | 8307 |

| E-mail | Marloreporting@ameritech.net |
|--------|------------------------------|
| Phone # | (312) 578-0041 |
| Fax # | (312) 578-0045 |

Tax ID: 74-3035595

*Fox*

**Bill To**

Loevy & Loevy
Attn: Mr. Anand Swaminathan
312 N May St., Suite 100
Chicago, IL 60607
(312) 243-5900

| Case Name | Court Number | Date | Time | Reporter |
|-----------|--------------|------|------|----------|
| Bernhardt v. Bork | 06 CV 1799 | 06-29-07 | 1 PM | S. Nommensen |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Copy | 199 | Copy regular delivery, E-transcript of Rebecca Busch | 2.50 | 497.50 |

*Please pay Anand   Thanks   1/16/13*

| | |
|---|---|
| Terms:Net 30 days, $10.00 late fee each month. | |

| Terms | | **Total** | $497.50 |
|-------|--|-----------|---------|
| Due on receipt | | **Payments/Credits** | $0.00 |
| | | **Balance Due** | $497.50 |

**LAKE SHORE REPORTING CORPORATION**
CERTIFIED SHORTHAND REPORTERS
67 EAST MADISON STREET, SUITE 1420
CHICAGO, ILLINOIS 60603

TEL. (312) 782-9833   FAX (312) 782-5835
www.lakeshorereporting.com   email: LSR@67east.com

TAX I.D. NO.: 20-5524563

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122884 | 01/12/13 | 1-49195 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/23/09 | STOUJO | 07 C 3656 |
| **CASE CAPTION** | | |
| Slow vs. Bork | | |
| **TERMS** | | |
| We Appreciate Your Business | | |

Anand Swaminathan
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

```
1 COPY OF TRANSCRIPT OF:                      115 PGS            322.00
   Rebecca Busch

                   E-Transcript                                  n/c
                                                               ========
                            T O T A L   D U E   >>>>             322.00
```

Anand —
Is this ok
to pay?  AT

OK

Fox

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO: 20800483

## MAKE CHECKS PAYABLE TO:

Michael Kanovitz
Loevy & Loevy
312 North May Street
Chicago, IL 60607

Phone:

Colette Kuemmeth, CSR, RMR
Official Court Reporter
219 South Dearborn Street
Room 2328A
Chicago, IL 60604

Phone:     (312) 554-8931

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-14-2013 | 01-15-2013 |

**Case Style:** 09 C 5453, Ray Fox v Barnes, et al.
Transcript of proceedings, 1/14/13, before the Hon. James F. Holderman,
opening statements.  Pages 1-24 copy, pages 25-33 original, daily copy

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 9 | 6.05 | 54.45 | 24 | 1.20 | 28.80 | | | | 83.25 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 83.25 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $83.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE  1-15-13

(All previous editions of this form are
cancelled and should be destroyed)

**Loevy & Loevy Attorneys at Law**
312 N. May Street, Suite 100
Chicago, IL 60607

33448

1/15/2013

J.P.MORGAN
JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS

02-1/710

PAY
TO THE
ORDER OF          Michael Charysh

$  **45.00

Forty-Five and 00/100************************************************************************ DOLLARS

Michael Charysh

Void after 160 days

MEMO      Witness fee--Fox

⑈033448⑈ ⑆0710000013⑆ 1150000070 25⑈

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

| INVOICE NO: | 20800486 |
|---|---|

## MAKE CHECKS PAYABLE TO:

Michael Kanovitz
Loevy & Loevy
312 North May Street
Chicago, IL 60607

Phone:

Colette Kuemmeth, CSR, RMR
Official Court Reporter
219 South Dearborn Street
Room 2328A
Chicago, IL 60604
Phone:      (312) 554-8931

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-15-2013 | DATE DELIVERED: 01-17-2013 |
|---|---|---|---|

**Case Style:** 09 C 5453, Fox v Barnes
Excerpt transcript before the Hon. James F. Holderman, 1/15/13 Barnes testimony, pgs. 1-25 orig., 26-47 copy; Borkowski testimony, 36 pages orig.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 25 | 6.05 | 151.25 | 22 | 1.20 | 26.40 | | | | 177.65 |
| Hourly | 36 | 7.25 | 261.00 | | | | | | | 261.00 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | | MISC. CHARGES: | |
|---|---|---|---|---|
| | | | TOTAL: | 438.65 |
| | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | TAX (If Applicable): | |
| | | | LESS AMOUNT OF DEPOSIT: | |
| | | | TOTAL REFUND: | |
| | | | TOTAL DUE: | $438.65 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20130001

**━MAKE CHECKS PAYABLE TO:━**

Michael I. Kanovitz
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

Phone: (312) 243-5900

Colleen M. Conway, CSR, CRR, RMR
Official Court Reporter
219 South Dearborn Street
Room 2524-A
Chicago, IL 60604

Phone: (312) 435-5594

colleen_conway@ilnd.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 01-15-2013 | 01-18-2013 |

**Case Style:** 09 C 5453, Ray A. Fox v David Barnes/Michael Borkowski
1/15-17/13 Excerpts of Trial proceedings before Hon. James F. Holderman:
1/15, Beg. of DX-Witnes Barnes (22); Interim Statements Before/After Dr.
Asconape video (14); 1/17, whole AM, DV, Rose Fox, Rebecca Busch (126).
PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 162 | 6.05 | 980.10 | | 1.20 | | | 0.90 | | 980.10 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 980.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $980.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| */s/ Colleen M. Conway, OCR* | 01-18-2013 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com



# Invoice

| Date | Due Date | Invoice # |
|------|----------|-----------|
| 1/31/2013 | 3/2/2013 | 1724-1 |

**Bill To:**

Ms. Cindy Tsai
Loevy & Loevy
312 N. May St., Suite 100
Chicago, IL 60607

**Make Checks Payable To:**

Tower Design Group LLC
79 West Monroe Street
Suite 1110
Chicago, IL 60603

Federal Tax ID# 26-4542598

*Cindy — is this ok to pay? AT*

| Case Reference - File Number | Terms |
|------------------------------|-------|
| Fox v. Peters, et al. | Net 30 |

| Quantity | Product/Service | Description | Price Each | Amount |
|----------|-----------------|-------------|------------|--------|
| 16.9 | Hourly Video Editing | | 150.00 | 2,535.00 |
| 13 | DVD Creation - First Copy | | 25.00 | 325.00T |
| 1 | CD Creation - First Copy | | 10.00 | 10.00T |
| 2 | Hourly Graphic Design | Custom Demonstratives, Layout of Plaques | 150.00 | 300.00 |
| 0.5 | Hourly Project Management | Client Meetings, Art Direction, Concept Development, Document Review | 200.00 | 100.00 |
| 6 | B&W Enlargement 36x48 | Enlargements and B&W Plaques | 90.00 | 540.00T |
| 6 | Color Enlargement 36x48 | Enlargements and Color Plaques | 225.00 | 1,350.00T |
| 6 | Out of Area Delivery | Courier Delivery | 15.00 | 90.00 |
| | | Sales Tax | 9.25% | 205.81 |

*JL — Do you concur? on paying this AT 2/5/13*

*ok it*

If you have any questions regarding this invoice, please contact us at 312.419.1900.

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | **$5,455.81** |