# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ray A. Fox

                                 Plaintiff,

v.                                                        Case No.: 1:09−cv−05453

                                                                  Honorable James F. Holderman

Unknown Medical Personnel, et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2013:

      MINUTE entry before Honorable James F. Holderman: The minute entry date of 4/23/13 is amended as follows: Motion hearing held. Plaintiff's motion for leave to file [470] is granted. Defendants' response shall be filed by 5/7/13. Admiral Insurance Company's motion for leave to file its position on setoff issues [472] is granted. Plaintiff's response shall be filed by 4/24/13. Admiral Insurance Company's reply shall be filed by 5/7/13. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.