Ray A. Fox

                               Plaintiff,

v.                                             Case No.: 1:09–cv–05453
                                            Honorable Manish S. Shah

Unknown Medical Personnel, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' motion to reopen case and seal docket entry [544] is denied. Proprietary information that was considered by the court is and should be a matter of public record. Trade secrets are subject to seal, but defendants' motion and supporting affidavit fail to explain how the documents fit the statutory definition of a trade secret. Strong preference for confidentiality is not sufficient, and fear that pro se prisoner litigants will find a Wexford document that they may use to support claims is not a basis to seal court records. There has been no showing that the document, dated from 2003, 2005, 2006, and 2007, has economic value that derives from its secrecy today. See generally Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 547–48 (7th Cir. 2002). If Wexford has been injured and if its former counsel breached some duty to Wexford by filing the document as they did, then Wexford should pursue a remedy against former counsel. Notices mailed.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.